B1 (Official Form 1) (1/08)

| United States Bankruptcy Court Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **King, Felicia** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **6884** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): **46 51st Ave Bellwood, IL**                      ZIPCODE **60104-1027** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):                      ZIPCODE |
| County of Residence or of the Principal Place of Business: **Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)                      ZIPCODE | Mailing Address of Joint Debtor (if different from street address):                      ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above):                      ZIPCODE

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)    Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **King, Felicia** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed: **Northern Dist Of Illinois (Ch 7 - Discharged)** | Case Number: <br> **05-04746** | Date Filed: <br> **2/14/2004** |
| Location <br> Where Filed: **N/A** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual <br> whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code. <br><br> X **/s/ Nicolette Robovsky**      **2/18/09** <br> ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ <br> Signature of Attorney for Debtor(s)         Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

   ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

   ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

(Name of landlord or lessor that obtained judgment)

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

(Address of landlord or lessor)

   ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08) Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): King, Felicia |
|---|---|

<div align="center">

**Signatures**

</div>

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X **/s/ Felicia King**  **Felicia King**<br>Signature of Debtor<br><br>X<br>Signature of Joint Debtor<br><br>Telephone Number (If not represented by attorney)<br>**February 18, 2009**<br>Date | X<br>Signature of Foreign Representative<br><br>Printed Name of Foreign Representative<br><br>Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X **/s/ Nicolette Robovsky**<br>Signature of Attorney for Debtor(s)<br><br>**Nicolette Robovsky 6278336**<br>**Gleason & Gleason**<br>**77 W Washington, Ste 1218**<br>**Chicago, IL  60602**<br>**(312) 578-9530  Fax: (312) 578-9524**<br><br><br><br>**February 18, 2009**<br>Date<br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>Printed Name and title, if any,  of Bankruptcy Petition Preparer<br><br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address<br><br>X<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Date |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X<br>Signature of Authorized Individual<br><br>Printed Name of Authorized Individual<br><br>Title of Authorized Individual<br><br>Date | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/08)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                                    Case No. _____

King, Felicia _____        Chapter **13** _____
_____
Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: ***/s/ Felicia King*** _____

Date: **February 18, 2009** _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                Case No. _____

**King, Felicia** _____    Chapter **13** _____
                                   Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 24,420.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 26,314.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $ 19,524.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 2,114.56 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 2,012.56 |
| TOTAL | | 16 | $ 24,420.00 | $ 45,838.00 | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                    Case No. _____

King, Felicia                                                            Chapter **13**
_____
Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| **TOTAL** | $ | **0.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 2,114.56 |
| Average Expenses (from Schedule J, Line 18) | $ | 2,012.56 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 2,800.18 |

**State the following:**

| | | | | |
|---|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | | $ | 9,314.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | 0.00 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | | $ | 0.00 |
| 4. Total from Schedule F | | | $ | 19,524.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | | $ | 28,838.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE  King, Felicia _____    Case No. _____
                                Debtor(s)                                                (If known)

# SCHEDULE A - REAL PROPERTY

   Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

   **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

   If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

   If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | **TOTAL**     0.00 | |

(Report also on Summary of Schedules)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **King, Felicia** _____  Case No. _____
               Debtor(s)                                           (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash on Hand** | | **50.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account with Washington Mutual** | | **400.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Household goods, including but not limited to: TVs, chairs, tables, sofas, bedroom furniture, some kitchen appliances.** | | **1,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, Pictures, and other art objects, antiques, stamp, coin, record, tape, compact disc, and other colletions or collectibles** | | **250.00** |
| 6. Wearing apparel. | | **Used Clothing** | | **250.00** |
| 7. Furs and jewelry. | | **Misc Costume Jewelry and watches** | | **100.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term life thru work - no cash value** | | **0.00** |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401(k) with current employer - 100% Exempt** | | **4,000.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **King, Felicia**
_____    Case No. _____
                Debtor(s)                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 2008 tax refund | | 1,370.00 |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Dodge Durango | | 17,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **King, Felicia**
_____
                    Debtor(s)

Case No. _____
                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | 24,420.00 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **King, Felicia** _____ Case No. _____

<span>Debtor(s)</span>  (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on Hand** | **735 ILCS 5 §12-1001(b)** | 50.00 | 50.00 |
| **Checking account with Washington Mutual** | **735 ILCS 5 §12-1001(b)** | 400.00 | 400.00 |
| **Household goods, including but not limited to: TVs, chairs, tables, sofas, bedroom furniture, some kitchen appliances.** | **735 ILCS 5 §12-1001(b)** | 1,000.00 | 1,000.00 |
| **Books, Pictures, and other art objects, antiques, stamp, coin, record, tape, compact disc, and other colletions or collectibles** | **735 ILCS 5 §12-1001(a)** | 250.00 | 250.00 |
| **Used Clothing** | **735 ILCS 5 §12-1001(a)** | 250.00 | 250.00 |
| **Misc Costume Jewelry and watches** | **735 ILCS 5 §12-1001(b)** | 100.00 | 100.00 |
| **401(k) with current employer - 100% Exempt** | **735 ILCS 5 §12-1006(a)** | 4,000.00 | 4,000.00 |
| **2008 tax refund** | **735 ILCS 5 §12-1001(b)** | 1,370.00 | 1,370.00 |
| **2007 Dodge Durango** | **735 ILCS 5 §12-1001(c)** | 2,400.00 | 17,000.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE __King, Felicia__ _____    Case No. _____

                Debtor(s)                                                                                 (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **50000200617615**<br><br>**Hsbc Auto**<br>**6602 Convoy Ct**<br>**San Diego, CA  92111-1009** | X | | **Installment account opened 5/07.  PMSI in 2007 Dodge Durango.**<br><br>VALUE $ **17,000.00** | | | | 26,314.00 | 9,314.00 |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |

__0__ continuation sheets attached

| | Subtotal (Total of this page) | $ 26,314.00 | $ 9,314.00 |
|---|---|---|---|
| | Total (Use only on last page) | $ 26,314.00 | $ 9,314.00 |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE King, Felicia _____ Case No. _____
                 Debtor(s)                                                          (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

**IN RE** King, Felicia
_____
Debtor(s)    (If known)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Advance America<br>446 N Mannheim Rd<br>Hillside, IL  60162-1831** | | | loan | | | | 300.00 |
| ACCOUNT NO. **6080916003125510**<br>**American General Finan<br>3519 W Lake St<br>Melrose Park, IL  60160-2825** | | | **Installment account opened 6/08** | | | | 2,650.00 |
| ACCOUNT NO.<br>**Americash Loans<br>205 E Army Trail Rd<br>Glendale Heights, IL  60139-1758** | | | loan | | | | 800.00 |
| ACCOUNT NO.<br>**Brookwood Loans<br>MetaBank<br>PO Box 91607<br>Sioux Falls, SD  57109-1607** | | | loan | | | | 125.00 |

**4** continuation sheets attached

Subtotal
(Total of this page) $ **3,875.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **King, Felicia** _____ Case No. _____
              Debtor(s)                                         (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **517805730487**<br>**Capital One**<br>PO Box 85520<br>Richmond, VA  23285-5520 | | | Revolving account opened 6/08 | | | | 980.00 |
| ACCOUNT NO.<br>**TSYS Debt Management**<br>PO Box 5155<br>Norcross, GA  30091-5155 | | | Assignee or other notification for:<br>Capital One | | | | |
| ACCOUNT NO. **2273999**<br>**Cashcall Inc**<br>1600 S Douglass Rd<br>Anaheim, CA  92806-5998 | | | Installment account opened 3/08 | | | | 2,536.00 |
| ACCOUNT NO. **439601**<br>**Citizens Fin**<br>60 Terra Cotta<br>Des Plaines, IL  60016 | | | Installment account opened 8/08 | | | | 2,920.00 |
| ACCOUNT NO. **33493200360034**<br>**Continental Furniture**<br>2743 W 36th Pl<br>Chicago, IL  60632-1616 | | | Installment account opened 9/07 | | | | 4,100.00 |
| ACCOUNT NO.<br>**Continental Furniture**<br>1921 N Mannheim Rd<br>Melrose Park, IL  60160-1012 | | | Assignee or other notification for:<br>Continental Furniture | | | | |
| ACCOUNT NO. **578292411**<br>**Credit First N A**<br>**Firestone**<br>6275 Eastland Rd<br>Brook Park, OH  44142-1301 | | | Revolving account opened 7/08 | | | | 683.00 |

Sheet no. __**1**__ of __**4**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **11,219.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE __King, Felicia__         Case No. _____
     Debtor(s)                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8050077943120** <br> **Direct Charge** <br> **1112 7th Ave** <br> **Monroe, WI 53566-1364** | | | Revolving credit card charges incurred over the past several years. | | | | **22.00** |
| ACCOUNT NO. **627645603579** <br> **Fingerhut** <br> **6250 Ridgewood Rd** <br> **Saint Cloud, MN 56303-0820** | | | Revolving account opened 11/07 | | | | **428.00** |
| ACCOUNT NO. **601138101803** <br> **Hsbc Bank** <br> **PO Box 5253** <br> **Carol Stream, IL 60197-5253** | | | Revolving account opened 8/08 | | | | **518.00** |
| ACCOUNT NO. **520094021032** <br> **Hsbc Bank** <br> **Sears/ Kmart** <br> **PO Box 5253** <br> **Carol Stream, IL 60197-5253** | | | Revolving account opened 6/08 | | | | **428.00** |
| ACCOUNT NO. **540633006683** <br> **Hsbc Bank** <br> **PO Box 5253** <br> **Carol Stream, IL 60197-5253** | | | Revolving account opened 9/08 | | | | **299.00** |
| ACCOUNT NO. <br> **Loan Shop Online** <br> **2207 Concord Pike # 505** <br> **Wilmington, DE 19803-5007** | | | loan | | | | **250.00** |
| ACCOUNT NO. **8050077943290** <br> **Montgomery Ward** <br> **1112 7th Ave** <br> **Monroe, WI 53566-1364** | | | Revolving credit card charges incurred over the past several years. | | | | **49.00** |

Sheet no. __2__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

            Subtotal                  $ **1,994.00**
(Total of this page)

            Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __King, Felicia_____          Case No. _____
              Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Payday Loan Store** <br> 10354 W Roosevelt Rd <br> Westchester, IL 60154-2521 | | | **loan** | | | | 754.00 |
| ACCOUNT NO. **10454656** <br> **Professnl Acct Mgmt In** <br> 633 W Wisconsin Ave <br> Milwaukee, WI 53203-1918 | | | **Open account opened 8/08** | | | | 240.00 |
| ACCOUNT NO. <br> **TCF Bank** <br> 800 Burr Ridge Pkwy <br> Burr Ridge, IL 60527-6486 | | | **Assignee or other notification for: Professnl Acct Mgmt In** | | | | |
| ACCOUNT NO. **0111520334200** <br> **Redcats USA** <br> **Brylane Home** <br> PO Box 4411 <br> Taunton, MA 02780-0318 | | | **Revolving credit card charges incurred over the past several years.** | | | | 43.00 |
| ACCOUNT NO. **000020411051004** <br> **Sage telecom** <br> PO Box 79051 <br> Phoenix, AZ 85062-9051 | | | **Utility or Cellular Service** | | | | 23.00 |
| ACCOUNT NO. <br> **Nco Financial** <br> 507 Prudential Rd <br> Horsham, PA 19044-2308 | | | **Assignee or other notification for: Sage telecom** | | | | |
| ACCOUNT NO. **9769168343570** <br> **Seventh Ave** <br> PO Box 15740 <br> Wilmington, DE 19850-5740 | | | **Revolving credit card charges incurred over the past several years.** | | | | 16.00 |

Sheet no. __3__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **1,076.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **King, Felicia** _____ Case No. _____
             Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5259830021434623** <br> **Tribute/fbofd** <br> **PO Box 105555** <br> **Atlanta, GA 30348-5555** | | | Revolving account opened 6/07 | | | | 226.00 |
| ACCOUNT NO. **2473877043** <br> **Wash Mutual/providian** <br> **PO Box 9180** <br> **Pleasanton, CA 94566-9180** | | | Revolving account opened 5/08 | | | | 834.00 |
| ACCOUNT NO. **a10071826** <br> **West Suburban Eye Assoc** <br> **1 Erie Ct Ste 6140** <br> **Oak Park, IL 60302-2510** | | | Medical or Dental Bill | | | | 57.00 |
| ACCOUNT NO. **rs015038** <br> **West Suburban Health Care** <br> **Professional Receivables** <br> **7411 Lake St Ste L140** <br> **River Forest, IL 60305-1888** | | | Medical or Dental Bill | | | | 29.00 |
| ACCOUNT NO. **197880594** <br> **Wfnnb/the Avenue** <br> **PO Box 2974** <br> **Shawnee Mission, KS 66201-1374** | | | Revolving account opened 8/08 | | | | 214.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **4** of **4** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,360.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **19,524.00**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **King, Felicia**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **King, Felicia**
_____          Case No. _____
               Debtor(s)                                                          (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Rachel Johnson<br>46 51st Ave<br>Bellwood, IL  60104-1027 | Hsbc Auto<br>6602 Convoy Ct<br>San Diego, CA  92111-1009 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6I (Official Form 6I) (12/07)**

IN RE <u>King, Felicia</u>                                                          Case No. _____
              <div style="text-align:center">Debtor(s)</div>                                                    <div style="text-align:right">(If known)</div>

<div style="text-align:center">

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

</div>

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Single** | RELATIONSHIP(S):<br>**Dependent** | | AGE(S):<br>**16** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Customer Service** | |
| Name of Employer | **Unisource** | |
| How long employed | **9 years** | |
| Address of Employer | **6600 Governors Lake Pkwy**<br>**Norcross, GA  30071-1114** | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)                     DEBTOR                 SPOUSE

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ | 2,800.18 | $ |
| 2. Estimated monthly overtime | $ | | $ |
| **3. SUBTOTAL** | $ | 2,800.18 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | | |
|    a. Payroll taxes and Social Security | $ | 385.12 | $ |
|    b. Insurance | $ | 298.48 | $ |
|    c. Union dues | $ | | $ |
|    d. Other (specify)  **Accidental Death Disability** | $ | 2.02 | $ |
| | $ | | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ | 685.62 | $ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ | 2,114.56 | $ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | | $ |
| 8. Income from real property | $ | | $ |
| 9. Interest and dividends | $ | | $ |
| 10. Alimony, maintenance or support payments payable to the debtor's use or that of dependents listed above | $ | | $ |
| 11. Social Security or other government assistance | | | |
|    (Specify) _____ | $ | | $ |
| | $ | | $ |
| 12. Pension or retirement income | $ | | $ |
| 13. Other monthly income | | | |
|    (Specify) _____ | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ | | $ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ | 2,114.56 | $ |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)                     $           2,114.56

<div style="text-align:right;font-size:small">(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)</div>

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

<div style="writing-mode:vertical">© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

B6J (Official Form 6J) (12/07)

IN RE **King, Felicia** _____  Case No. _____
                      Debtor(s)                              (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)     $ _____ 575.00
    a. Are real estate taxes included?   Yes _____ No ✓
    b. Is property insurance included?   Yes _____ No ✓
2. Utilities:
    a. Electricity and heating fuel     $ _____ 41.86
    b. Water and sewer     $ _____
    c. Telephone     $ _____ 40.00
    d. Other   **Internet, Cable, And Phone**     $ _____ 50.00
    _____     $ _____
3. Home maintenance (repairs and upkeep)     $ _____
4. Food     $ _____ 350.00
5. Clothing     $ _____ 25.00
6. Laundry and dry cleaning     $ _____ 5.00
7. Medical and dental expenses     $ _____ 25.00
8. Transportation (not including car payments)     $ _____ 100.00
9. Recreation, clubs and entertainment, newspapers, magazines, etc.     $ _____
10. Charitable contributions     $ _____
11. Insurance (not deducted from wages or included in home mortgage payments)
    a. Homeowner's or renter's     $ _____
    b. Life     $ _____
    c. Health     $ _____
    d. Auto     $ _____ 126.00
    e. Other     $ _____
        $ _____
12. Taxes (not deducted from wages or included in home mortgage payments)
    (Specify) _____     $ _____
    _____     $ _____
13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan)
    a. Auto     $ _____ 674.70
    b. Other _____     $ _____
    _____     $ _____
14. Alimony, maintenance, and support paid to others     $ _____
15. Payments for support of additional dependents not living at your home     $ _____
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)     $ _____
17. Other _____     $ _____
    _____     $ _____
    _____     $ _____

18. **AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.     $ _____ 2,012.56

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

20. **STATEMENT OF MONTHLY NET INCOME**
    a. Average monthly income from Line 15 of Schedule I     $ _____ 2,114.56
    b. Average monthly expenses from Line 18 above     $ _____ 2,012.56
    c. Monthly net income (a. minus b.)     $ _____ 102.00

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE __King, Felicia__                                                      Case No. _____
                                                      Debtor(s)                                                    (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**18** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **February 18, 2009** _____      Signature: **/s/ Felicia King** _____
                                                                     **Felicia King**                                                    Debtor

Date: _____      Signature: _____
                                                                                                                    (Joint Debtor, if any)
                                                                                       [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____      _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____      _____
Signature of Bankruptcy Petition Preparer      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____      Signature: _____

                                                                     _____
                                                                     (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE: _____  Case No. _____

King, Felicia _____  Chapter **13**
_____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 30,682.00 | 2007 Income from employment |
| 30,467.00 | 2008 Income from employment |
| 2,800.00 | 2009 Income from employment (monthly) |

---

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☐ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Hsbc Auto
PO Box 17909
San Diego, CA  92177-7909

Last 3 months                                                                    2,022.00            26,314.00

<div style="text-align:left; writing-mode: vertical;">© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☑ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☑ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ✓ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ✓ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None ✓ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None ✓ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None ✓ List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None ✓ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

## 16. Spouses and Former Spouses

None ✓ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ✓ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ✓ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ✓ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☑  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **February 18, 2009**  Signature  */s/ Felicia King*
of Debtor
**Felicia King**

Date: _____  Signature _____
of Joint Debtor
(if any)

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                           Case No. _____

King, Felicia _____   Chapter **13** _____

<div align="center">Debtor(s)</div>

<div align="center"><b>VERIFICATION OF CREDITOR MATRIX</b></div>

<div align="right">Number of Creditors _____ <b>30</b></div>

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **February 18, 2009** _____   /s/ *Felicia King* _____
                                                Debtor

                                                _____
                                                Joint Debtor

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

King, Felicia
46 51st Ave
Bellwood, IL  60104-1027

Continental Furniture
1921 N Mannheim Rd
Melrose Park, IL  60160-1012

Payday Loan Store
10354 W Roosevelt Rd
Westchester, IL  60154-2521

Gleason & Gleason
77 W Washington, Ste 1218
Chicago, IL  60602

Credit First N A
Firestone
6275 Eastland Rd
Brook Park, OH  44142-1301

Professnl Acct Mgmt In
633 W Wisconsin Ave
Milwaukee, WI  53203-1918

Advance America
446 N Mannheim Rd
Hillside, IL  60162-1831

Direct Charge
1112 7th Ave
Monroe, WI  53566-1364

Redcats USA
Brylane Home
PO Box 4411
Taunton, MA  02780-0318

American General Finan
3519 W Lake St
Melrose Park, IL  60160-2825

Fingerhut
6250 Ridgewood Rd
Saint Cloud, MN  56303-0820

Sage telecom
PO Box 79051
Phoenix, AZ  85062-9051

Americash Loans
205 E Army Trail Rd
Glendale Heights, IL  60139-1758

Hsbc Auto
6602 Convoy Ct
San Diego, CA  92111-1009

Seventh Ave
PO Box 15740
Wilmington, DE  19850-5740

Brookwood Loans
MetaBank
PO Box 91607
Sioux Falls, SD  57109-1607

Hsbc Bank
PO Box 5253
Carol Stream, IL  60197-5253

TCF Bank
800 Burr Ridge Pkwy
Burr Ridge, IL  60527-6486

Capital One
PO Box 85520
Richmond, VA  23285-5520

Hsbc Bank
Sears/ Kmart
PO Box 5253
Carol Stream, IL  60197-5253

Tribute/fbofd
PO Box 105555
Atlanta, GA  30348-5555

Cashcall Inc
1600 S Douglass Rd
Anaheim, CA  92806-5998

Loan Shop Online
2207 Concord Pike # 505
Wilmington, DE  19803-5007

TSYS Debt Management
PO Box 5155
Norcross, GA  30091-5155

Citizens Fin
60 Terra Cotta
Des Plaines, IL  60016

Montgomery Ward
1112 7th Ave
Monroe, WI  53566-1364

Wash Mutual/providian
PO Box 9180
Pleasanton, CA  94566-9180

Continental Furniture
2743 W 36th Pl
Chicago, IL  60632-1616

Nco Financial
507 Prudential Rd
Horsham, PA  19044-2308

West Suburban Eye Assoc
1 Erie Ct Ste 6140
Oak Park, IL  60302-2510

**West Suburban Health Care**
**Professional Receivables**
**7411 Lake St Ste L140**
**River Forest, IL 60305-1888**


**Wfnnb/the Avenue**
**PO Box 2974**
**Shawnee Mission, KS 66201-1374**

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                    Case No. _____

King, Felicia _____    Chapter **13** _____
                          Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**3,500.00**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**3,500.00**

2.  The source of the compensation paid to me was:  ☑ Debtor   ☐ Other (specify)

3.  The source of compensation to be paid to me is:  ☑ Debtor   ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.   [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **Litigation / Adversary Proceedings**
    **Credit Counseling Fees**

<div style="text-align:center">CERTIFICATION</div>

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**February 18, 2009**_____        **/s/ Nicolette Robovsky**
                    Date                                                   **Nicolette Robovsky 6278336**
                                                                           **Gleason & Gleason**
                                                                           **77 W Washington, Ste 1218**
                                                                           **Chicago, IL  60602**
                                                                           **(312) 578-9530  Fax: (312) 578-9524**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case 09-05232 Doc 11 Filed 02/18/09 Entered 02/18/09 10:47:00 Desc Main
Document Page 32 of 75

  Ceridian Self-Service 

This is detail about your earnings statement.

| | | |
|---|---|---|
| **UNISOURCE WORLDWIDE**<br>6600 GOVERNORS LAKE PKWY<br>NORCROSS, GA 30071 | CHECK NO : | 620419633 |
| | CHECK DATE : | 12/10/2008 |
| | PERIOD ENDING : | 12/27/2008 |
| | PAY FREQUENCY : | BI-WEEKLY |

| KING,FELICIA D<br>46 51ST AVE<br>BELLWOOD, IL 60104 | ID NUMBER: 9120073710<br>BASE RATE: 1,292.39<br>SSN: | STATUS EXEMPT<br>FED: MARRIED 2<br>ST1: 2<br>ST2: | TAX ADJUSTMENTS:<br>FED: 0 ST:<br>DI / UC:<br>LOCAL: | STATE AND LOCAL CODES<br>PRI: IL LOC1: LOC3:<br>SEC: LOC2: LOC4:<br>LOC5: |
|---|---|---|---|---|

**IMPORTANT MESSAGE**

PLEASE VERIFY YOUR NAME, ADDRESS & SS # ON YOUR PAYSTUB. ANY NECESSARY CHANGES CAN BE MADE IN MY HRSOURCE OR CALL
1-866-308-8347.

| HOURS AND EARNINGS | | | | | TAXES AND DEDUCTIONS | | | SPECIAL INFORMATION |
|---|---|---|---|---|---|---|---|---|
| | **CURRENT** | | **Y - T - D** | | | **CURRENT** | **Y - T - D** | |
| DESCRIPTION | HOURS/UNITS | EARNINGS | HOURS/UNITS | EARNINGS | DESCRIPTION | AMOUNT | AMOUNT | |
| REGULAR | 64.00 | 1,033.91 | .00 | .00 | SO SEC TAX | 72.07 | 1,816.86 | |
| HOLIDAY | 16.00 | 258.48 | .00 | .00 | MEDICARE TAX | 16.86 | 424.92 | |
| TOTAL H/E | 80.00 | 1,292.39 | .00 | .00 | FED INC TAX | 58.56 | 1,497.83 | |
| | | | | | PRI-STATE TAX | 30.26 | 763.77 | |
| | | | | | TOTAL TAXES | 177.75 | 4,503.38 | |

| PRE-TAX ITEMS | | | AFTER-TAX ITEMS | | | CURRENT NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|---|---|
| MEDICAL | -98.81 | .00 | 401K LOAN | 51.00 | .00 | | |
| VISION | -4.33 | .00 | AD&D | .93 | .00 | CHECK | |
| DENTAL | -26.77 | .00 | CHILD LIFE | .83 | .00 | AMOUNT | 924.95 |
| | | | SUPPLEMENTAL | 7.02 | .00 | | |
| TOTAL PRE-TAX | -129.91 | .00 | | | | | |
| TOTAL | 80.00 | 1,162.48 | .00 | 29,304.33 | TOTAL PER DED | 59.78 | .00 |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY | | |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 1,292.39 | -129.91 | 1,162.48 | 177.75 | 59.78 | 924.95 | TOTAL CURRENT NET PAY | |
| Y-T-D | 29,304.33 | .00 | 29,304.33 | 4,503.38 | 1,494.50 | 23,306.45 | | 924.95 |

© 2008 Ceridian Corporation. All rights reserved.

 **unisource'**  Ceridian Self-Service 

This is detail about your earnings statement.

| | unisource' | UNISOURCE WORLDWIDE<br>6600 GOVERNORS LAKE PKWY<br>NORCROSS, GA 30071 | CHECK NO : A411794<br>CHECK DATE : 11/28/2008<br>PERIOD ENDING : 11/29/2008<br>PAY FREQUENCY : BI-WEEKLY |

| KING,FELICIA D<br>46 51ST AVE<br>BELLWOOD, IL 60104 | ID NUMBER: 9120073710<br>BASE RATE: 1,292.39<br>SSN: | STATUS EXEMPT<br>FED: MARRIED 2<br>ST1: 2<br>ST2: | TAX ADJUSTMENTS:<br>FED: 0 ST: 0<br>DI / UC:<br>LOCAL: | STATE AND LOCAL CODES<br>PRI: IL LOC1: LOC3:<br>SEC: LOC2: LOC4:<br>LOC5: |

**IMPORTANT MESSAGE**

PLEASE VERIFY YOUR NAME, ADDRESS & SS # ON YOUR PAYSTUB. ANY NECESSARY CHANGES CAN BE MADE IN MY HRSOURCE OR CALL 1-866-308-8347.

| | HOURS AND EARNINGS | | | | TAXES AND DEDUCTIONS | | | SPECIAL INFORMATION | |
|---|---|---|---|---|---|---|---|---|---|
| | | CURRENT | | Y - T - D | | | CURRENT Y - T - D | | |
| DESCRIPTION | HOURS/UNITS | EARNINGS | HOURS/UNITS | EARNINGS | DESCRIPTION | | AMOUNT AMOUNT | | |
| REGULAR | 80.00 | 1,292.39 | 1,712.00 | 27,657.12 | SO SEC TAX | | 72.07 | 1,744.79 | VTAKN | 112.00 |
| HOLIDAY | .00 | .00 | 48.00 | 775.44 | MEDICARE TAX | | 16.86 | 408.06 | | |
| FLOAT HOLIDAY | .00 | .00 | 8.00 | 129.24 | FED INC TAX | | 58.56 | 1,439.27 | | |
| VACATION | .00 | .00 | 112.00 | 1,809.36 | PRI-STATE TAX | | 30.26 | 733.51 | | |
| FAM HLTH DAYS | .00 | .00 | 40.00 | 646.20 | | | | | | |
| OVERTIME | .00 | .00 | 10.00 | 242.33 | TOTAL TAXES | | 177.75 | 4,325.63 | | |
| TOTAL H/E | 80.00 | 1,292.39 | 1,930.00 | 31,259.69 | | | | | | |

| | PRE-TAX ITEMS | | | | AFTER-TAX ITEMS | | | CURRENT NET PAY<br>DISTRIBUTION | |
|---|---|---|---|---|---|---|---|---|---|
| MEDICAL | -98.81 | | | -2,371.44 | 401K LOAN | 51.00 | 1,224.00 | 9401557610 | 924.95 |
| VISION | -4.33 | | | -103.92 | AD&D | .93 | 22.32 | CHECK AMOUNT | .00 |
| DENTAL | -26.77 | | | -642.48 | CHILD LIFE | .83 | 19.92 | | |
| | | | | | SUPPLEMENTAL | 7.02 | 168.48 | | |
| TOTAL PRE-TAX | -129.91 | | | -3,117.84 | | | | | |
| TOTAL | 80.00 | 1,162.48 | 1,930.00 | 28,141.85 | TOTAL PER DED | 59.78 | 1,434.72 | | |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY | | |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 1,292.39 | -129.91 | 1,162.48 | 177.75 | 59.78 | 924.95 | TOTAL CURRENT<br>NET PAY | 924.95 |
| Y-T-D | 31,259.69 | -3,117.84 | 28,141.85 | 4,325.63 | 1,434.72 | 22,381.50 | | |

© 2008 Ceridian Corporation. All rights reserved.

*https://sss2.ceridian.com/en-us/empowerment.asp?FormID=FrmPayStubOut&CsnFlxID=* 12/08/2008

  Ceridian Self-Service 

Home | Tutorial | Help | Logout | About

This is detail about your earnings statement.

| | | |
|---|---|---|
| **UNISOURCE WORLDWIDE** | CHECK NO : | 620419597 |
| 6600 GOVERNORS LAKE PKWY | CHECK DATE : | 11/25/2008 |
| NORCROSS, GA 30071 | PERIOD ENDING : | 12/13/2008 |
| | PAY FREQUENCY : | BI-WEEKLY |

| | | | | |
|---|---|---|---|---|
| KING,FELICIA D | ID NUMBER: 9120073710 | STATUS  EXEMPT | TAX ADJUSTMENTS: | STATE AND LOCAL CODES |
| 46 51ST AVE | BASE RATE: 1,292.39 | FED: MARRIED  2 | FED:  0  ST: | PRI:  IL  LOC1:  LOC3: |
| BELLWOOD, IL 60104 | SSN: | ST1:  2 | DI / UC: | SEC:  LOC2:  LOC4: |
| | | ST2: | LOCAL: | LOC5: |

**IMPORTANT MESSAGE**

PLEASE VERIFY YOUR NAME, ADDRESS & SS # ON YOUR PAYSTUB. ANY NECESSARY CHANGES CAN BE MADE IN MY HRSOURCE OR CALL 1-866-308-8347.

| HOURS AND EARNINGS | | | | | TAXES AND DEDUCTIONS | | | SPECIAL INFORMATION |
|---|---|---|---|---|---|---|---|---|
| | CURRENT | | Y - T - D | | | CURRENT | Y - T - D | |
| DESCRIPTION | HOURS/UNITS | EARNINGS | HOURS/UNITS | EARNINGS | DESCRIPTION | AMOUNT | AMOUNT | |
| REGULAR | 80.00 | 1,292.39 | .00 | .00 | SO SEC TAX | 72.07 | 1,744.79 | |
| | | | | | MEDICARE TAX | 16.86 | 408.06 | |
| TOTAL H/E | 80.00 | 1,292.39 | .00 | .00 | FED INC TAX | 58.56 | 1,439.27 | |
| | | | | | PRI-STATE TAX | 30.26 | 733.51 | |
| | | | | | TOTAL TAXES | 177.75 | 4,325.63 | |

| PRE-TAX ITEMS | | | AFTER-TAX ITEMS | | | CURRENT NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|---|---|
| MEDICAL | -98.81 | .00 | 401K LOAN | 51.00 | .00 | | |
| VISION | -4.33 | .00 | AD&D | .93 | .00 | CHECK | |
| DENTAL | -26.77 | .00 | CHILD LIFE | .83 | .00 | AMOUNT | 924.95 |
| | | | SUPPLEMENTAL | 7.02 | .00 | | |
| TOTAL PRE-TAX | -129.91 | .00 | | | | | |

| TOTAL | 80.00 | 1,162.48 | .00 | 28,141.85 | TOTAL PER DED | 59.78 | .00 | |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY | | |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 1,292.39 | -129.91 | 1,162.48 | 177.75 | 59.78 | 924.95 | TOTAL CURRENT NET PAY | |
| Y-T-D | 28,141.85 | .00 | 28,141.85 | 4,325.63 | 1,434.72 | 22,381.50 | | 924.95 |

© 2008 Ceridian Corporation. All rights reserved.

 **unisource®**  Ceridian Self-Service 

| Home | Tutorial | Help | Logout | About |

This is detail about your earnings statement.

|  **unisource®** | UNISOURCE WORLDWIDE<br>6600 GOVERNORS LAKE PKWY<br><br>NORCROSS, GA 30071 | CHECK NO : A409613<br>CHECK DATE : 11/14/2008<br>PERIOD ENDING : 11/15/2008<br>PAY FREQUENCY : BI-WEEKLY |
|---|---|---|

| KING,FELICIA D<br>46 51ST AVE<br>BELLWOOD, IL 60104 | ID NUMBER: 9120073710<br>BASE RATE: 1,292.39<br>SSN: | STATUS EXEMPT<br>FED: MARRIED 2<br>ST1: 2<br>ST2: | TAX ADJUSTMENTS:<br>FED: 0 ST: 0<br>DI / UC:<br>LOCAL: | STATE AND LOCAL CODES<br>PRI: IL LOC1: LOC3:<br>SEC: LOC2: LOC4:<br>LOC5: |
|---|---|---|---|---|

| IMPORTANT MESSAGE |
|---|
| PLEASE VERIFY YOUR NAME, ADDRESS & SS # ON YOUR PAYSTUB. ANY NECESSARY CHANGES CAN BE MADE IN MY HRSOURCE OR CALL 1-866-308-8347. |

| | HOURS AND EARNINGS | | | | TAXES AND DEDUCTIONS | | | SPECIAL INFORMATION |
|---|---|---|---|---|---|---|---|---|
| | CURRENT | | Y - T - D | | | CURRENT | Y - T - D | |
| DESCRIPTION | HOURS/UNITS | EARNINGS | HOURS/UNITS | EARNINGS | DESCRIPTION | AMOUNT | AMOUNT | |
| REGULAR | 80.00 | 1,292.39 | 1,632.00 | 26,364.73 | SO SEC TAX | 72.07 | 1,672.72 | VTAKN 112.00 |
| HOLIDAY | .00 | .00 | 48.00 | 775.44 | MEDICARE TAX | 16.86 | 391.20 | |
| FLOAT HOLIDAY | .00 | .00 | 8.00 | 129.24 | FED INC TAX | 58.56 | 1,380.71 | |
| VACATION | .00 | .00 | 112.00 | 1,809.36 | PRI-STATE TAX | 30.26 | 703.25 | |
| FAM HLTH DAYS | .00 | .00 | 40.00 | 646.20 | | | | |
| OVERTIME | .00 | .00 | 10.00 | 242.33 | TOTAL TAXES | 177.75 | 4,147.88 | |
| TOTAL H/E | 80.00 | 1,292.39 | 1,850.00 | 29,967.30 | | | | |

| PRE-TAX ITEMS | | | | AFTER-TAX ITEMS | | | CURRENT NET PAY<br>DISTRIBUTION | |
|---|---|---|---|---|---|---|---|---|
| MEDICAL | -98.81 | | -2,272.63 | 401K LOAN | 51.00 | 1,173.00 | | |
| VISION | -4.33 | | -99.59 | AD&D | .93 | 21.39 | 9401557610 | 924.95 |
| DENTAL | -26.77 | | -615.71 | CHILD LIFE | .83 | 19.09 | CHECK AMOUNT | .00 |
| | | | | SUPPLEMENTAL | 7.02 | 161.46 | | |
| TOTAL PRE-TAX | -129.91 | | -2,987.93 | | | | | |

| TOTAL | 80.00 | 1,162.48 | 1,850.00 | 26,979.37 | TOTAL PER DED | 59.78 | 1,374.94 | |
|---|---|---|---|---|---|---|---|---|

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY | TOTAL CURRENT<br>NET PAY | |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 1,292.39 | -129.91 | 1,162.48 | 177.75 | 59.78 | 924.95 | | 924.95 |
| Y-T-D | 29,967.30 | -2,987.93 | 26,979.37 | 4,147.88 | 1,374.94 | 21,456.55 | | |

© 2008 Ceridian Corporation. All rights reserved.

  ─ ─ Ceridian Self-Service 

Home | Tutorial | Help | Logout | About

This is detail about your earnings statement.

| | |
|---|---|
| UNISOURCE WORLDWIDE<br>6600 GOVERNORS LAKE PKWY<br>NORCROSS, GA 30071 | CHECK NO : A407385<br>CHECK DATE : 10/31/2008<br>PERIOD ENDING : 11/1/2008<br>PAY FREQUENCY : BI-WEEKLY |

| KING,FELICIA D | ID NUMBER: 9120073710 | STATUS EXEMPT | TAX ADJUSTMENTS: | STATE AND LOCAL CODES |
|---|---|---|---|---|
| 46 51ST AVE | BASE RATE: 1,292.39 | FED: MARRIED 2 | FED: 0 ST: 0 | PRI: IL LOC1: LOC3: |
| BELLWOOD, IL 60104 | SSN: | ST1: 2 | DI / UC: | SEC: LOC2: LOC4: |
| | | ST2: | LOCAL: | LOC5: |

**IMPORTANT MESSAGE**

PLEASE VERIFY YOUR NAME, ADDRESS & SS # ON YOUR PAYSTUB. ANY NECESSARY CHANGES CAN BE MADE IN MY HRSOURCE OR CALL 1-866-308-8347.

| HOURS AND EARNINGS | | | | | TAXES AND DEDUCTIONS | | | SPECIAL INFORMATION | |
|---|---|---|---|---|---|---|---|---|---|
| | CURRENT | | Y-T-D | | | CURRENT | Y-T-D | | |
| DESCRIPTION | HOURS/UNITS | EARNINGS | HOURS/UNITS | EARNINGS | DESCRIPTION | AMOUNT | AMOUNT | | |
| REGULAR | 72.00 | 1,163.15 | 1,552.00 | 25,072.34 | SO SEC TAX | 72.08 | 1,600.65 | VTAKN | 112.00 |
| HOLIDAY | .00 | .00 | 48.00 | 775.44 | MEDICARE TAX | 16.85 | 374.34 | | |
| FLOAT HOLIDAY | .00 | .00 | 8.00 | 129.24 | FED INC TAX | 58.56 | 1,322.15 | | |
| VACATION | 8.00 | 129.24 | 112.00 | 1,809.36 | PRI-STATE TAX | 30.26 | 672.99 | | |
| FAM HLTH DAYS | .00 | .00 | 40.00 | 646.20 | | | | | |
| OVERTIME | .00 | .00 | 10.00 | 242.33 | TOTAL TAXES | 177.75 | 3,970.13 | | |
| TOTAL H/E | 80.00 | 1,292.39 | 1,770.00 | 28,674.91 | | | | | |

| PRE-TAX ITEMS | | | | AFTER-TAX ITEMS | | | CURRENT NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|---|---|---|
| MEDICAL | -98.81 | | -2,173.82 | 401K LOAN | 51.00 | 1,122.00 | C 9401557610 | 924.95 |
| VISION | -4.33 | | -95.26 | AD&D | .93 | 20.46 | CHECK AMOUNT | .00 |
| DENTAL | -26.77 | | -588.94 | CHILD LIFE | .83 | 18.26 | | |
| | | | | SUPPLEMENTAL | 7.02 | 154.44 | | |
| TOTAL PRE-TAX | -129.91 | | -2,858.02 | | | | | |

| TOTAL | 80.00 | 1,162.48 | 1,770.00 | 25,816.89 | TOTAL PER DED | 59.78 | 1,315.16 | | |
|---|---|---|---|---|---|---|---|---|---|

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY | | |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 1,292.39 | -129.91 | 1,162.48 | 177.75 | 59.78 | 924.95 | TOTAL CURRENT NET PAY | 924.95 |
| Y-T-D | 28,674.91 | -2,858.02 | 25,816.89 | 3,970.13 | 1,315.16 | 20,531.60 | | |

© 2008 Ceridian Corporation. All rights reserved.

 unisource®  —— Ceridian Self-Service 

This is detail about your earnings statement.

| | | |
|---|---|---|
| **UNISOURCE WORLDWIDE** | CHECK NO : | A418325 |
| 6600 GOVERNORS LAKE PKWY | CHECK DATE : | 1/9/2009 |
| NORCROSS, GA 30071 | PERIOD ENDING : | 1/10/2009 |
| | PAY FREQUENCY : | BI-WEEKLY |

 unisource®

| | | | |
|---|---|---|---|
| KING,FELICIA D | ID NUMBER: 9120073710 | STATUS EXEMPT | TAX ADJUSTMENTS: | STATE AND LOCAL CODES |
| 46 51ST AVE | BASE RATE: 1,324.70 | FED: MARRIED 2 | FED: 0 ST: 0 | PRI: IL LOC1: LOC3: |
| BELLWOOD, IL 60104 | SSN: | ST1: 2 | DI/UC: | SEC: LOC2: LOC4: |
| | | ST2: | LOCAL: | LOC5: |

**IMPORTANT MESSAGE**

PLEASE VERIFY YOUR NAME, ADDRESS & SS # ON YOUR PAYSTUB. ANY NECESSARY CHANGES CAN BE MADE IN MY HRSOURCE OR CALL 1-866-308-8347.

| | HOURS AND EARNINGS | | | | TAXES AND DEDUCTIONS | | | SPECIAL INFORMATION |
|---|---|---|---|---|---|---|---|---|
| | CURRENT | | Y - T - D | | | CURRENT | Y - T - D | |
| DESCRIPTION | HOURS/UNITS | EARNINGS | HOURS/UNITS | EARNINGS | DESCRIPTION | AMOUNT | AMOUNT | |
| REGULAR | 60.00 | 993.53 | 60.00 | 993.53 | SO SEC TAX | 73.95 | 73.95 | |
| HOLIDAY | 16.00 | 264.94 | 16.00 | 264.94 | MEDICARE TAX | 17.30 | 17.30 | |
| VACATION | 4.00 | 66.23 | 4.00 | 66.23 | FED INC TAX | 60.44 | 60.44 | |
| | | | | | PRI-STATE TAX | 31.17 | 31.17 | |
| TOTAL H/E | 80.00 | 1,324.70 | 80.00 | 1,324.70 | | | | |
| | | | | | TOTAL TAXES | 182.86 | 182.86 | |

| | PRE-TAX ITEMS | | | | AFTER-TAX ITEMS | | | CURRENT NET PAY DISTRIBUTION |
|---|---|---|---|---|---|---|---|---|
| MEDICAL | | -100.79 | | -100.79 | 401K LOAN | 51.00 | 51.00 | C 4221391743 751.46 |
| VISION | | -4.33 | | -4.33 | AD&D | .93 | .93 | CHECK AMOUNT .00 |
| DENTAL | | -26.77 | | -26.77 | CHILD LIFE | .83 | .83 | |
| | | | | | GARNISHMENT | 198.71 | 198.71 | |
| TOTAL PRE-TAX | | -131.89 | | -131.89 | SUPPLEMENTAL | 7.02 | 7.02 | |
| **TOTAL** | 80.00 | 1,192.81 | 80.00 | 1,192.81 | TOTAL PER DED | 258.49 | 258.49 | |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY | | |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 1,324.70 | -131.89 | 1,192.81 | 182.86 | 258.49 | 751.46 | TOTAL CURRENT NET PAY | 751.46 |
| Y-T-D | 1,324.70 | -131.89 | 1,192.81 | 182.86 | 258.49 | 751.46 | | |

© 2008 Ceridian Corporation. All rights reserved.

 unisource®

 _____ Ceridian Self-Service 

[ Home | Tutorial | Help | Logout | About ]

This is detail about your earnings statement.

 unisource®

| UNISOURCE WORLDWIDE | CHECK NO : | A422638 |
| 6600 GOVERNORS LAKE PKWY | CHECK DATE : | 2/6/2009 |
| NORCROSS, GA 30071 | PERIOD ENDING : | 2/7/2009 |
| | PAY FREQUENCY : | BI-WEEKLY |

| KING,FELICIA D | ID NUMBER: 9120073710 | STATUS | EXEMPT | TAX ADJUSTMENTS: | STATE AND LOCAL CODES |
| 46 51ST AVE | BASE RATE: 1,324.70 | FED: MARRIED | 2 | FED: 0 ST: 0 | PRI: IL LOC1: LOC3: |
| BELLWOOD, IL 60104 | SSN: | ST1: | 2 | DI / UC: | SEC: LOC2: LOC4: |
| | | ST2: | | LOCAL: | LOC5: |

**IMPORTANT MESSAGE**

PLEASE VERIFY YOUR NAME, ADDRESS & SS # ON YOUR PAYSTUB. ANY NECESSARY CHANGES CAN BE MADE IN MY HRSOURCE OR CALL 1-866-308-8347.

| HOURS AND EARNINGS | | | | | TAXES AND DEDUCTIONS | | | SPECIAL INFORMATION |
| | CURRENT | | Y - T - D | | | CURRENT | Y - T - D | |
| DESCRIPTION | HOURS/UNITS | EARNINGS | HOURS/UNITS | EARNINGS | DESCRIPTION | AMOUNT | AMOUNT | |
| REGULAR | 64.00 | 1,059.76 | 196.00 | 3,245.52 | SO SEC TAX | 73.95 | 221.86 | |
| HOLIDAY | .00 | .00 | 24.00 | 397.41 | MEDICARE TAX | 17.30 | 51.89 | |
| FLOAT HOLIDAY | 8.00 | 132.47 | 8.00 | 132.47 | FED INC TAX | 60.44 | 181.32 | |
| VACATION | .00 | .00 | 4.00 | 66.23 | PRI-STATE TAX | 31.17 | 93.51 | |
| FAM HLTH DAYS | 8.00 | 132.47 | 8.00 | 132.47 | | | | |
| | | | | | TOTAL TAXES | 182.86 | 548.58 | |
| TOTAL H/E | 80.00 | 1,324.70 | 240.00 | 3,974.10 | | | | |

| PRE-TAX ITEMS | | | | AFTER-TAX ITEMS | | | CURRENT NET PAY DISTRIBUTION | |
| MEDICAL | | -100.79 | -302.37 | 401K LOAN | 51.00 | 153.00 | C 4221391743 | 751.46 |
| VISION | | -4.33 | -12.99 | AD&D | .93 | 2.79 | CHECK AMOUNT | .00 |
| DENTAL | | -26.77 | -80.31 | CHILD LIFE | .83 | 2.49 | | |
| | | | | GARNISHMENT | 198.71 | 596.13 | | |
| TOTAL PRE-TAX | | -131.89 | -395.67 | SUPPLEMENTAL | 7.02 | 21.06 | | |
| TOTAL | 80.00 | 1,192.81 | 240.00 | 3,578.43 | TOTAL PER DED | 258.49 | 775.47 | |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY | | |
| CURRENT | 1,324.70 | -131.89 | 1,192.81 | 182.86 | 258.49 | 751.46 | TOTAL CURRENT NET PAY | 751.46 |
| Y-T-D | 3,974.10 | -395.67 | 3,578.43 | 548.58 | 775.47 | 2,254.38 | | |

© 2008 Ceridian Corporation. All rights reserved.

  Ceridian Self-Service 

| Home | Tutorial | Help | Logout | About |

This is detail about your earnings statement.

| UNISOURCE WORLDWIDE | CHECK NO : | A420472 |
|---|---|---|
| 6600 GOVERNORS LAKE PKWY | CHECK DATE : | 1/23/2009 |
| NORCROSS, GA 30071 | PERIOD ENDING : | 1/24/2009 |
| | PAY FREQUENCY : | BI-WEEKLY |

KING,FELICIA D    ID NUMBER: 9120073710    STATUS   EXEMPT    TAX ADJUSTMENTS:    STATE AND LOCAL CODES
46 51ST AVE    BASE RATE: 1,324.70    FED: MARRIED   2    FED:   0   ST: 0    PRI:   IL   LOC1:   LOC3:
BELLWOOD, IL 60104    SSN:    ST1:    2    DI / UC:    SEC:    LOC2:   LOC4:
   ST2:    LOCAL:    LOC5:

**IMPORTANT MESSAGE**

PLEASE VERIFY YOUR NAME, ADDRESS & SS # ON YOUR PAYSTUB. ANY NECESSARY CHANGES CAN BE MADE IN MY HRSOURCE OR CALL 1-866-308-8347.

| HOURS AND EARNINGS | | | | | TAXES AND DEDUCTIONS | | | SPECIAL INFORMATION |
|---|---|---|---|---|---|---|---|---|
| | CURRENT | | Y - T - D | | | CURRENT | Y - T - D | |
| DESCRIPTION | HOURS/UNITS | EARNINGS | HOURS/UNITS | EARNINGS | DESCRIPTION | AMOUNT | AMOUNT | |
| REGULAR | 72.00 | 1,192.23 | 132.00 | 2,185.76 | SO SEC TAX | 73.96 | 147.91 | |
| HOLIDAY | 8.00 | 132.47 | 24.00 | 397.41 | MEDICARE TAX | 17.29 | 34.59 | |
| VACATION | .00 | .00 | 4.00 | 66.23 | FED INC TAX | 60.44 | 120.88 | |
| | | | | | PRI-STATE TAX | 31.17 | 62.34 | |
| TOTAL H/E | 80.00 | 1,324.70 | 160.00 | 2,649.40 | | | | |
| | | | | | TOTAL TAXES | 182.86 | 365.72 | |

| PRE-TAX ITEMS | | | AFTER-TAX ITEMS | | | CURRENT NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|---|---|
| MEDICAL | -100.79 | -201.58 | 401K LOAN | 51.00 | 102.00 | C 4221391743 | 751.46 |
| VISION | -4.33 | -8.66 | AD&D | .93 | 1.86 | CHECK AMOUNT | .00 |
| DENTAL | -26.77 | -53.54 | CHILD LIFE | .83 | 1.66 | | |
| | | | GARNISHMENT | 198.71 | 397.42 | | |
| TOTAL PRE-TAX | -131.89 | -263.78 | SUPPLEMENTAL | 7.02 | 14.04 | | |
| TOTAL | 80.00 | 1,192.81 | 160.00 | 2,385.62 | TOTAL PER DED | 258.49 | 516.98 |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY | |
|---|---|---|---|---|---|---|---|
| CURRENT | 1,324.70 | -131.89 | 1,192.81 | 182.86 | 258.49 | 751.46 | TOTAL CURRENT |
| Y-T-D | 2,649.40 | -263.78 | 2,385.62 | 365.72 | 516.98 | 1,502.92 | NET PAY   751.46 |

© 2008 Ceridian Corporation. All rights reserved.

   Ceridian Self-Service 

Home | Tutorial | Help | Logout | About

This is detail about your earnings statement.

| | | |
|---|---|---|
| **unisource** | UNISOURCE WORLDWIDE<br>6600 GOVERNORS LAKE PKWY<br>NORCROSS, GA 30071 | CHECK NO : A418325<br>CHECK DATE : 1/9/2009<br>PERIOD ENDING : 1/10/2009<br>PAY FREQUENCY : BI-WEEKLY |

| | | | | |
|---|---|---|---|---|
| KING,FELICIA D<br>46 51ST AVE<br>BELLWOOD, IL 60104 | ID NUMBER: 9120073710<br>BASE RATE: 1,324.70<br>SSN: | STATUS EXEMPT<br>FED: MARRIED 2<br>ST1: 2<br>ST2: | TAX ADJUSTMENTS:<br>FED: 0 ST: 0<br>DI / UC:<br>LOCAL: | STATE AND LOCAL CODES<br>PRI: IL LOC1: LOC3:<br>SEC: LOC2: LOC4:<br>LOC5: |

**IMPORTANT MESSAGE**

PLEASE VERIFY YOUR NAME, ADDRESS & SS # ON YOUR PAYSTUB. ANY NECESSARY CHANGES CAN BE MADE IN MY HRSOURCE OR CALL 1-866-308-8347.

| HOURS AND EARNINGS | | | | | TAXES AND DEDUCTIONS | | | SPECIAL INFORMATION |
|---|---|---|---|---|---|---|---|---|
| | CURRENT | | Y - T - D | | | CURRENT | Y - T - D | |
| DESCRIPTION | HOURS/UNITS | EARNINGS | HOURS/UNITS | EARNINGS | DESCRIPTION | AMOUNT | AMOUNT | |
| REGULAR | 60.00 | 993.53 | 60.00 | 993.53 | SO SEC TAX | 73.95 | 73.95 | |
| HOLIDAY | 16.00 | 264.94 | 16.00 | 264.94 | MEDICARE TAX | 17.30 | 17.30 | |
| VACATION | 4.00 | 66.23 | 4.00 | 66.23 | FED INC TAX | 60.44 | 60.44 | |
| | | | | | PRI-STATE TAX | 31.17 | 31.17 | |
| TOTAL H/E | 80.00 | 1,324.70 | 80.00 | 1,324.70 | | | | |
| | | | | | TOTAL TAXES | 182.86 | 182.86 | |

| PRE-TAX ITEMS | | | | AFTER-TAX ITEMS | | | CURRENT NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|---|---|---|
| MEDICAL | | -100.79 | | -100.79 | 401K LOAN | 51.00 | 51.00 | C 4221391743 751.46 |
| VISION | | -4.33 | | -4.33 | AD&D | .93 | .93 | CHECK AMOUNT .00 |
| DENTAL | | -26.77 | | -26.77 | CHILD LIFE | .83 | .83 | |
| | | | | | GARNISHMENT | 198.71 | 198.71 | |
| TOTAL PRE-TAX | | -131.89 | | -131.89 | SUPPLEMENTAL | 7.02 | 7.02 | |
| TOTAL | 80.00 | 1,192.81 | 80.00 | 1,192.81 | TOTAL PER DED | 258.49 | 258.49 | |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY | | |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 1,324.70 | -131.89 | 1,192.81 | 182.86 | 258.49 | 751.46 | TOTAL CURRENT<br>NET PAY | 751.46 |
| Y-T-D | 1,324.70 | -131.89 | 1,192.81 | 182.86 | 258.49 | 751.46 | | |

© 2008 Ceridian Corporation. All rights reserved.

  Ceridian Self-Service 

Home | Tutorial | Help | Logout | About |

This is detail about your earnings statement.

| | | |
|---|---|---|
| **UNISOURCE** | UNISOURCE WORLDWIDE | CHECK NO : A416160 |
| | 6600 GOVERNORS LAKE PKWY | CHECK DATE : 12/26/2008 |
| | NORCROSS, GA 30071 | PERIOD ENDING : 12/27/2008 |
| | | PAY FREQUENCY : BI-WEEKLY |

| | | | |
|---|---|---|---|
| KING,FELICIA D | ID NUMBER: 9120073710 | STATUS EXEMPT | TAX ADJUSTMENTS: STATE AND LOCAL CODES |
| 46 51ST AVE | BASE RATE: 1,292.39 | FED: MARRIED 2 | FED: 0 ST: 0 PRI: IL LOC1: LOC3: |
| BELLWOOD, IL 60104 | SSN: | ST1: | DI / UC: SEC: LOC2: LOC4: |
| | | ST2: | LOCAL: LOC5: |

**IMPORTANT MESSAGE**

PLEASE VERIFY YOUR NAME, ADDRESS & SS # ON YOUR PAYSTUB. ANY NECESSARY CHANGES CAN BE MADE IN MY HRSOURCE OR CALL 1-866-308-8347.

| HOURS AND EARNINGS | | | | | TAXES AND DEDUCTIONS | | | | SPECIAL INFORMATION |
|---|---|---|---|---|---|---|---|---|---|
| | CURRENT | | Y - T - D | | | CURRENT | Y - T - D | | |
| DESCRIPTION | HOURS/UNITS | EARNINGS | HOURS/UNITS | EARNINGS | DESCRIPTION | AMOUNT | AMOUNT | | |
| REGULAR | 80.00 | 1,292.39 | 1,856.00 | 29,983.42 | SO SEC TAX | 72.08 | 1,888.94 | | |
| HOLIDAY | .00 | .00 | 64.00 | 1,033.92 | MEDICARE TAX | 16.85 | 441.77 | | |
| FLOAT HOLIDAY | .00 | .00 | 8.00 | 129.24 | FED INC TAX | 58.56 | 1,556.39 | | |
| VACATION | .00 | .00 | 112.00 | 1,809.36 | PRI-STATE TAX | 30.26 | 794.03 | | |
| FAM HLTH DAYS | .00 | .00 | 40.00 | 646.20 | | | | | |
| OVERTIME | .00 | .00 | 10.00 | 242.33 | TOTAL TAXES | 177.75 | 4,681.13 | | |
| TOTAL H/E | 80.00 | 1,292.39 | 2,090.00 | 33,844.47 | | | | | |

| PRE-TAX ITEMS | | | | AFTER-TAX ITEMS | | | CURRENT NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|---|---|---|
| MEDICAL | | -98.81 | -2,569.06 | 401K LOAN | 51.00 | 1,326.00 | C 4221391743 | 924.95 |
| VISION | | -4.33 | -112.58 | AD&D | .93 | 24.18 | CHECK AMOUNT | .00 |
| DENTAL | | -26.77 | -696.02 | CHILD LIFE | .83 | 21.58 | | |
| | | | | SUPPLEMENTAL | 7.02 | 182.52 | | |
| TOTAL PRE-TAX | | -129.91 | -3,377.66 | | | | | |
| TOTAL | 80.00 | 1,162.48 | 2,090.00 30,466.81 | TOTAL PER DED | 59.78 | 1,554.28 | | |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY | | |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 1,292.39 | -129.91 | 1,162.48 | 177.75 | 59.78 | 924.95 | TOTAL CURRENT NET PAY | 924.95 |
| Y-T-D | 33,844.47 | -3,377.66 | 30,466.81 | 4,681.13 | 1,554.28 | 24,231.40 | | |

© 2008 Ceridian Corporation. All rights reserved.

  Ceridian Self-Service 

[ Home | Tutorial | Help | Logout | About ]

This is detail about your earnings statement.

| | |
|---|---|
| **unisource** | UNISOURCE WORLDWIDE<br>6600 GOVERNORS LAKE PKWY<br>NORCROSS, GA 30071 |

| CHECK NO : | A413971 |
|---|---|
| CHECK DATE : | 12/12/2008 |
| PERIOD ENDING : | 12/13/2008 |
| PAY FREQUENCY : | BI-WEEKLY |

KING,FELICIA D
46 51ST AVE
BELLWOOD, IL 60104

| | | |
|---|---|---|
| ID NUMBER: 9120073710 | STATUS EXEMPT | TAX ADJUSTMENTS: | STATE AND LOCAL CODES |
| BASE RATE: 1,292.39 | FED: MARRIED 2 | FED: 0 ST: 0 | PRI: IL LOC1: LOC3: |
| SSN: | ST1: 2 | DI / UC: | SEC: LOC2: LOC4: |
| | ST2: | LOCAL: | LOC5: |

**IMPORTANT MESSAGE**

PLEASE VERIFY YOUR NAME, ADDRESS & SS # ON YOUR PAYSTUB. ANY NECESSARY CHANGES CAN BE MADE IN MY HRSOURCE OR CALL
1-866-308-8347.

| HOURS AND EARNINGS | | | | | TAXES AND DEDUCTIONS | | | | SPECIAL INFORMATION |
|---|---|---|---|---|---|---|---|---|---|
| | CURRENT | | Y - T - D | | | CURRENT | Y - T - D | | |
| DESCRIPTION | HOURS/UNITS | EARNINGS | HOURS/UNITS | EARNINGS | DESCRIPTION | AMOUNT | AMOUNT | | |
| REGULAR | 64.00 | 1,033.91 | 1,776.00 | 28,691.03 | SO SEC TAX | 72.08 | 1,816.87 | VTAKN | 112.00 |
| HOLIDAY | 16.00 | 258.48 | 64.00 | 1,033.92 | MEDICARE TAX | 16.85 | 424.91 | | |
| FLOAT HOLIDAY | .00 | .00 | 8.00 | 129.24 | FED INC TAX | 58.56 | 1,497.83 | | |
| VACATION | .00 | .00 | 112.00 | 1,809.36 | PRI-STATE TAX | 30.26 | 763.77 | | |
| FAM HLTH DAYS | .00 | .00 | 40.00 | 646.20 | | | | | |
| OVERTIME | .00 | .00 | 10.00 | 242.33 | TOTAL TAXES | 177.75 | 4,503.38 | | |
| TOTAL H/E | 80.00 | 1,292.39 | 2,010.00 | 32,552.08 | | | | | |

| PRE-TAX ITEMS | | | | AFTER-TAX ITEMS | | | CURRENT NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|---|---|---|
| MEDICAL | | -98.81 | | -2,470.25 | 401K LOAN | 51.00 | 1,275.00 | 9401557610 | 924.95 |
| VISION | | -4.33 | | -108.25 | AD&D | .93 | 23.25 | C 4221391743 | .00 |
| DENTAL | | -26.77 | | -669.25 | CHILD LIFE | .83 | 20.75 | CHECK AMOUNT | .00 |
| | | | | | SUPPLEMENTAL | 7.02 | 175.50 | | |
| TOTAL PRE-TAX | | -129.91 | | -3,247.75 | | | | | |

| TOTAL | 80.00 | 1,162.48 | 2,010.00 | 29,304.33 | TOTAL PER DED | 59.78 | 1,494.50 | |
|---|---|---|---|---|---|---|---|---|

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY | | |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 1,292.39 | -129.91 | 1,162.48 | 177.75 | 59.78 | 924.95 | TOTAL CURRENT | 924.95 |
| Y-T-D | 32,552.08 | -3,247.75 | 29,304.33 | 4,503.38 | 1,494.50 | 23,306.45 | NET PAY | |

© 2008 Ceridian Corporation. All rights reserved.

  Ceridian Self-Service 

Home | Tutorial | Help | Logout | About

This is detail about your earnings statement.

| | | |
|---|---|---|
| **UNISOURCE** | UNISOURCE WORLDWIDE<br>6600 GOVERNORS LAKE PKWY<br>NORCROSS, GA 30071 | CHECK NO : 620419633<br>CHECK DATE : 12/10/2008<br>PERIOD ENDING : 12/27/2008<br>PAY FREQUENCY : BI-WEEKLY |

| | | | | |
|---|---|---|---|---|
| KING,FELICIA D<br>46 51ST AVE<br>BELLWOOD, IL 60104 | ID NUMBER: 9120073710<br>BASE RATE: 1,292.39<br>SSN: | STATUS EXEMPT<br>FED: MARRIED 2<br>ST1: 2<br>ST2: | TAX ADJUSTMENTS:<br>FED: 0 ST:<br>DI / UC:<br>LOCAL: | STATE AND LOCAL CODES<br>PRI: IL LOC1: LOC3:<br>SEC: LOC2: LOC4:<br>LOC5: |

**IMPORTANT MESSAGE**

PLEASE VERIFY YOUR NAME, ADDRESS & SS # ON YOUR PAYSTUB. ANY NECESSARY CHANGES CAN BE MADE IN MY HRSOURCE OR CALL 1-866-308-8347.

| HOURS AND EARNINGS | | | | | TAXES AND DEDUCTIONS | | | SPECIAL INFORMATION |
|---|---|---|---|---|---|---|---|---|
| | CURRENT | | Y - T - D | | | CURRENT - Y - T - D | | |
| DESCRIPTION | HOURS/UNITS EARNINGS | | HOURS/UNITS EARNINGS | | DESCRIPTION | AMOUNT | AMOUNT | |
| REGULAR | 64.00 | 1,033.91 | .00 | .00 | SO SEC TAX | 72.07 | 1,816.86 | |
| HOLIDAY | 16.00 | 258.48 | .00 | .00 | MEDICARE TAX | 16.86 | 424.92 | |
| TOTAL H/E | 80.00 | 1,292.39 | .00 | .00 | FED INC TAX | 58.56 | 1,497.83 | |
| | | | | | PRI-STATE TAX | 30.26 | 763.77 | |
| | | | | | TOTAL TAXES | 177.75 | 4,503.38 | |

| PRE-TAX ITEMS | | | AFTER-TAX ITEMS | | | CURRENT NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|---|---|
| MEDICAL | | -98.81 | .00 | 401K LOAN | 51.00 | .00 | |
| VISION | | -4.33 | .00 | AD&D | .93 | .00 | CHECK AMOUNT 924.95 |
| DENTAL | | -26.77 | .00 | CHILD LIFE | .83 | .00 | |
| | | | | SUPPLEMENTAL | 7.02 | .00 | |
| TOTAL PRE-TAX | | -129.91 | .00 | | | | |

| TOTAL | 80.00 | 1,162.48 | .00 | 29,304.33 | TOTAL PER DED | 59.78 | .00 | |
|---|---|---|---|---|---|---|---|---|

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY | |
|---|---|---|---|---|---|---|---|
| CURRENT | 1,292.39 | -129.91 | 1,162.48 | 177.75 | 59.78 | 924.95 | TOTAL CURRENT NET PAY 924.95 |
| Y-T-D | 29,304.33 | .00 | 29,304.33 | 4,503.38 | 1,494.50 | 23,306.45 | |

© 2008 Ceridian Corporation. All rights reserved.

FEB 17 2009 THU 10:19 AM PIONEER CREDIT          FAX NO. 00011000111

<div style="border: 3px double black; padding: 20px;">

Certificate Number: <u>00437-ILN-CC-006095040</u>

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>February 9, 2009</u>, at <u>7:48</u> o'clock <u>PM MST</u>.

<u>Felicia D King</u> received from

<u>Black Hills Children's Ranch, Inc.</u>

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

<u>Northern District of Illinois</u>, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by telephone</u>.

Date: <u>February 9, 2009</u>

By      <u>/s/Arba Ross</u>

Name    <u>Arba Ross</u>

Title   <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

</div>

IN RE:

Case No. _____

King, Felicia
_____
                    Debtor(s)

Chapter **13**

## DECLARATION REGARDING ELECTRONIC FILING
Signed by Debtor(s) or Corporate Representative
**To Be Used When Filing over the Internet**

PART I - DECLARATION OF PETITIONER

A. To be completed in all cases.

Date: **February 9, 2009**

I (We) **Felicia King** _____ and _____ , the undersigned debtor(s), corporate
officer, partner, or member, hereby declare under penalty of perjury that the information I(we) have given my (our)attorney, including
correct social security number(s) and the information provided in the electronically filed petition, statements, schedules, and if applicable,
application to pay filing fee in installments, is true and correct. I(we) consent to my(our) attorney sending the petition, statements,
schedules, and this DECLARATION to the United States Bankruptcy Court. I(we) understand that this DECLARATION must be filed
with the Clerk in addition to the petition. I(we) understand that failure to file this DECLARATION will cause this case to be dismissed
pursuant to 11 U.S.C. sections 707(a) and 105.

B. To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer
debts and who has (or have) chosen to file under chapter 7.

☐ I(we) am(are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code; I(we) understand the
relief available under each such chapter; I(we) choose to proceed under chapter 7; and I(we) request relief in accordance with
chapter 7.

C. To be checked and applicable only if the petition is a corporation, partnership, or limited liability entity.

☐ I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized
to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in the petition.

Signature _____
              (Debtor or Corporate Officer, Partner or Member)

Signature: _____
                              (Joint Debtor)

© 1993-2009 EZ-Filing, Inc. | 1-800-998-2424 | Forms Software Only

 **Internal Revenue Service**
United States Department of the Treasury
PHILADELPHIA, PA 19255-1498

Tracking ID: 100037091847
Date of Issue: 01-12-2009

004092.573619.0014.001 1 MB 0.369 690

FELICA KING
46 51ST AVE
BELLWOOD, IL 60104

004092

Tax Period: December, 2006

### Information about the Request We Received

In this letter, we'll report the status of the request we received.

We've enclosed the transcript or transcripts that you requested on January 12, 2009.

A tax return transcript is generally available for the current processing year and for three prior years. It contains most of the information from your original return, along with information from the forms and schedules you filed with it.

The transcript, however, does not contain changes made to the return, by either you or us, after you filed the return. Such changes could include your filing an amended return, corrections we make to the return because we discovered a math mistake, or a payment credited after you filed the return. The transcript also does not show refunds.

Information for current tax years is available immediately on our computer systems.

Delivery time to you depends on how you submit your request and the delivery method you select to receive the information.

If you have any questions about information contained in the transcripts or other enclosed information, please call us at the IRS telephone number listed in your local directory or at 1-800-829-0922.

Sincerely Yours,

Beth Jones, Director
Electronic Products & Svcs Support

Enclosures:
Return Transcript

# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 01-12-2009
Response Date: 01-12-2009
Tracking Number: 100037091847

Tax Return Transcript

SSN Provided: 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
Tax Period Ending: Dec. 31, 2006

The following items reflect the amount as shown on the return (PR), and the amount as adjusted (PC), if applicable. They do not show subsequent activity on the account.

04092

SSN: 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
SPOUSE SSN:

NAME(S) SHOWN ON RETURN: FELICIA KING

ADDRESS: 46 51ST AVE
BELLWOOD, IL 60104-1027-469

FILING STATUS:                                            Head of Household
FORM NUMBER:                                                         1040A
CYCLE POSTED:                                                      20070808
RECEIVED DATE:                                                Apr.15, 2007
REMITTANCE:                                                           0.00
EXEMPTION NUMBER:                                                        2
DEPENDENT 1 NAME CTRL:                                                KING
DEPENDENT 1 SSN:                                               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
DEPENDENT 2 NAME CTRL:
DEPENDENT 2 SSN:
DEPENDENT 3 NAME CTRL:
DEPENDENT 3 SSN:
DEPENDENT 4 NAME CTRL:
DEPENDENT 4 SSN:
PREPARER SSN:
PREPARER EIN:

Income

WAGES, SALARIES, TIPS, ETC:......................................$ 30,199.00
TAXABLE INTEREST INCOME:.............................................$ 0.00
TAX-EXEMPT INTEREST:.................................................$ 0.00
ORDINARY DIVIDEND INCOME: SCH B:....................................$ 0.00
QUALIFIED DIVIDENDS:.................................................$ 0.00
CAPITAL GAIN OR LOSS: (Schedule D):.................................$ 0.00
CAPITAL GAINS OR LOSS: SCH D PER COMPUTER:..........................$ 0.00
TOTAL IRA DISTRIBUTIONS:.............................................$ 0.00
TAXABLE IRA DISTRIBUTIONS:...........................................$ 0.00
TOTAL PENSIONS AND ANNUITIES:.......................................$ 0.00
TAXABLE PENSION/ANNUITY AMOUNT:.....................................$ 0.00
UNEMPLOYMENT COMPENSATION:...........................................$ 0.00
TOTAL SOCIAL SECURITY BENEFITS:.....................................$ 0.00
TAXABLE SOCIAL SECURITY BENEFITS:...................................$ 0.00
TAXABLE SOCIAL SECURITY BENEFITS PER COMPUTER:......................$ 0.00
SCH EIC DISQUALIFIED INC COMPUTER:..................................$ 0.00
TOTAL INCOME:...................................................$ 30,199.00
TOTAL INCOME PER COMPUTER:......................................$ 30,199.00

Adjustments to Income

EDUCATOR EXPENSES:..................................................$ 0.00
EDUCATOR EXPENSES PER COMPUTER:.....................................$ 0.00
EARLY WITHDRAWAL OF SAVINGS PENALTY:................................$ 0.00
IRA DEDUCTION:......................................................$ 0.00
IRA DEDUCTION PER COMPUTER:.........................................$ 0.00

Tracking Number: 100037091847
BAL DUE/OVER PYMT USING TP FIG PER COMPUTER:......................$ -1,132.00
BAL DUE/OVER PYMT USING COMPUTER FIGURES:.........................$ -1,132.00
FORM 8888 TOTAL DEPOSIT PER COMPUTER:.................................$ 0.00

**Third Party Designee**

THIRD PARTY DESIGNEE ID NUMBER:..............................................
AUTHORIZATION INDICATOR:.....................................................0
THIRD PARTY DESIGNEE NAME:...................................................

**Schedule EIC--Earned Income Credit**

QUALIFIED EIC DEPENDENTS:....................................................1



004092

**CHILD 1**

CHILD'S NAME CNTRL:......................................................KING
SSN:.............................................................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
YEAR OF BIRTH:..........................................................1992
STUDENT/DISABLED:..........................................................0

**CHILD 2**

CHILD'S NAME CNTRL:..........................................................
SSN:.........................................................................
YEAR OF BIRTH:..........................................................0000
STUDENT/DISABLED:..........................................................0

**Form 8863 - Education Credits (Hope and Lifetime Learning Credits)**

**PART III - ALLOWABLE EDUCATION CREDITS**

GROSS EDUCATION CR PER COMPUTER:.....................................$ 0.00
TOTAL EDUCATION CREDIT AMOUNT:.......................................$ 0.00
TOTAL EDUCATION CREDIT AMOUNT PER COMPUTER:..........................$ 0.00

This Product Contains Sensitive Taxpayer Data

 **Internal Revenue Service**
United States Department of the Treasury
PHILADELPHIA, PA 19255-1498

Tracking ID: 100037091847
Date of Issue: 01-12-2009

004091.573619.0014.001 1 MB 0.369 690
||.||.|||....|||||..|.|...|||....|.|||...|.|.|.|.|.|.|.|

FELICA KING
46 51ST AVE
BELLWOOD, IL 60104

004091

Tax Period: December, 2005

## Information about the Request We Received

In this letter, we'll report the status of the request we received.

We've enclosed the transcript or transcripts that you requested on January 12, 2009.

A tax return transcript is generally available for the current processing year and for three prior years. It contains most of the information from your original return, along with information from the forms and schedules you filed with it.

The transcript, however, does not contain changes made to the return, by either you or us, after you filed the return. Such changes could include your filing an amended return, corrections we make to the return because we discovered a math mistake, or a payment credited after you filed the return. The transcript also does not show refunds.

Information for current tax years is available immediately on our computer systems.

Delivery time to you depends on how you submit your request and the delivery method you select to receive the information.

If you have any questions about information contained in the transcripts or other enclosed information, please call us at the IRS telephone number listed in your local directory or at 1-800-829-0922.

Sincerely Yours,

Beth Jones, Director
Electronic Products & Svcs Support

Enclosures:
Return Transcript

# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 01-12-2009
Response Date: 01-12-2009
Tracking Number: 100037091847

Tax Return Transcript

SSN Provided: 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
Tax Period Ending: Dec. 31, 2005



004091

The following items reflect the amount as shown on the return (PR), and
the amount as adjusted (PC), if applicable. They do not show subsequent
activity on the account.

SSN: 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
SPOUSE SSN:

NAME(S) SHOWN ON RETURN: FELICIA D KING

ADDRESS: 46 51ST AVE APT 2
BELLWOOD, IL 60104-1027-469

FILING STATUS:                                          Head of Household
FORM NUMBER:                                                        1040
CYCLE POSTED:                                                  20060908
RECEIVED DATE:                                            Apr.15, 2006
REMITTANCE:                                                        0.00
EXEMPTION NUMBER:                                                      2
DEPENDENT 1 NAME CTRL:                                            KING
DEPENDENT 1 SSN:                                          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
DEPENDENT 2 NAME CTRL:
DEPENDENT 2 SSN:
DEPENDENT 3 NAME CTRL:
DEPENDENT 3 SSN:
DEPENDENT 4 NAME CTRL:
DEPENDENT 4 SSN:
PREPARER SSN:
PREPARER EIN:

Income

WAGES, SALARIES, TIPS, ETC.:.............................................$ 31,238.00
TAXABLE INTEREST INCOME: SCH B:..........................................$ 0.00
TAX-EXEMPT INTEREST:.....................................................$ 0.00
ORDINARY DIVIDEND INCOME: SCH B:.........................................$ 0.00
QUALIFIED DIVIDENDS:.....................................................$ 0.00
REFUNDS OF STATE/LOCAL TAXES:............................................$ 0.00
ALIMONY RECEIVED:........................................................$ 0.00
BUSINESS INCOME OR LOSS (Schedule C):....................................$ 0.00
BUSINESS INCOME OR LOSS: SCH C PER COMPUTER:.............................$ 0.00
CAPITAL GAIN OR LOSS: (Schedule D):......................................$ 0.00
CAPITAL GAINS OR LOSS: SCH D PER COMPUTER:...............................$ 0.00
OTHER GAINS OR LOSSES (Form 4797):.......................................$ 0.00
TOTAL IRA DISTRIBUTIONS:.................................................$ 0.00
TAXABLE IRA DISTRIBUTIONS:...............................................$ 0.00
TOTAL PENSIONS AND ANNUITIES:............................................$ 152.00
TAXABLE PENSION/ANNUITY AMOUNT:..........................................$ 0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E):............................$ 0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E) PER COMPUTER:...............$ 0.00
RENT/ROYALTY INCOME/LOSS PER COMPUTER:...................................$ 0.00
ESTATE/TRUST INCOME/LOSS PER COMPUTER:...................................$ 0.00
PARTNERSHIP/S-CORP INCOME/LOSS PER COMPUTER:.............................$ 0.00
FARM INCOME OR LOSS (Schedule F):........................................$ 0.00
FARM INCOME OR LOSS (Schedule F) PER COMPUTER:...........................$ 0.00
UNEMPLOYMENT COMPENSATION:...............................................$ 0.00
TOTAL SOCIAL SECURITY BENEFITS:..........................................$ 0.00
TAXABLE SOCIAL SECURITY BENEFITS:........................................$ 0.00

Tracking Number: 100037091847

```
CHILD TAX CREDIT PER COMPUTER:.................................$ 1,000.00
ADOPTION CREDIT: F8839:..........................................$ 0.00
ADOPTION CREDIT PER COMPUTER:....................................$ 0.00
DC 1ST TIME HOMEBUYERS CREDIT:...................................$ 0.00
DC 1ST TIME HOMEBUYERS CREDIT PER COMPUTER:......................$ 0.00
FORM 8396 MORTGAGE CERTIFICATE CREDIT:...........................$ 0.00
FORM 8396 MORTGAGE CERTIFICATE CREDIT PER COMPUTER:..............$ 0.00
F8396 AND F8859 CREDITS:.........................................$ 0.00
FORM 3800 GENERAL BUSINESS CREDITS:..............................$ 0.00
FORM 3800 GENERAL BUSINESS CREDITS PER COMPUTER:.................$ 0.00
FORM 1040C CREDIT:...............................................$ 0.00
PRIOR YR MIN TAX CREDIT: F8801:..................................$ 0.00
PRIOR YR MIN TAX CREDIT: F8801 PER COMPUTER:.....................$ 0.00
TENTATIVE EMPOWERMENT ZONE CREDIT: F8844:........................$ 0.00
EMPOWERMENT ZONE CREDIT: F8844:..................................$ 0.00
OTHER CREDITS:...................................................$ 0.00
TOTAL CREDITS:.................................................$ 1,067.00
TOTAL CREDITS PER COMPUTER:....................................$ 1,067.00
INCOME TAX AFTER CREDITS PER COMPUTER:.........................$ 1,062.00
```

## Other Taxes

```
SE TAX:..........................................................$ 0.00
SE TAX PER COMPUTER:.............................................$ 0.00
SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS:.............$ 0.00
SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS PER COMPUTER:$ 0.00
TAX ON QUALIFIED PLANS F5329 (PR):..............................$ 15.00
TAX ON QUALIFIED PLANS F5329 PER COMPUTER:......................$ 15.00
IRAF TAX PER COMPUTER:...........................................$ 0.00
TP TAX FIGURES (REDUCED BY IRAF) PER COMPUTER:................$ 1,077.00
IMF TOTAL TAX (REDUCED BY IRAF) PER COMPUTER:.................$ 1,077.00
Advanced Earned Income Credit:...................................$ 0.00
UNPAID FICA ON REPORTED TIPS:....................................$ 0.00
FORM 4970 ACCUMULATION DISTRIBUTION OF TRUSTS:...................$ 0.00
RECAPTURE TAX: F8611:............................................$ 0.00
HOUSEHOLD EMPLOYMENT TAXES:......................................$ 0.00
HOUSEHOLD EMPLOYMENT TAXES PER COMPUTER:.........................$ 0.00
RECAPTURE TAXES:.................................................$ 0.00
TOTAL ASSESSMENT PER COMPUTER:................................$ 1,077.00
TOTAL TAX LIABILITY TP FIGURES:...............................$ 1,077.00
TOTAL TAX LIABILITY TP FIGURES PER COMPUTER:..................$ 1,077.00
```

## Payments

```
FEDERAL INCOME TAX WITHHELD:..................................$ 1,758.00
ESTIMATED TAX PAYMENTS:..........................................$ 0.00
EARNED INCOME CREDIT:............................................$ 0.00
EARNED INCOME CREDIT PER COMPUTER:...............................$ 0.00
PRIOR YEAR EARNED INCOME:........................................$ 0.00
FORM 8812 PRIOR YEAR EARNED INCOME CREDIT ELECT IND:.............$ 0.00
FORM 8812 PRIOR YEAR EARNED INCOME CREDIT:.......................$ 0.00
NONTAXABLE COMBAT PAY ELECTION:..................................$ 0.00
FORM 8812 NONTAXABLE COMBAT PAY:.................................$ 0.00
EXCESS SOCIAL SECURITY & RRTA TAX WITHHELD:......................$ 0.00
TOT SS/MEDICARE WITHHELD: F8812:.................................$ 0.00
FORM 8812 ADDITIONAL CHILD TAX CREDIT:...........................$ 0.00
FORM 8812 ADDITIONAL CHILD TAX CREDIT PER COMPUTER:..............$ 0.00
FORM 8812 ADDITIONAL CHILD TAX CREDIT VERIFIED:..................$ 0.00
AMOUNT PAID WITH FORM 4868:......................................$ 0.00
FORM 2439 REGULATED INVESTMENT COMPANY CREDIT:...................$ 0.00
FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS:.......................$ 0.00
FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS PER COMPUTER:..........$ 0.00
HEALTH COVERAGE TX CR: F8885:....................................$ 0.00
TOTAL PAYMENTS:...............................................$ 1,758.00
TOTAL PAYMENTS PER COMPUTER:..................................$ 1,758.00
```

## Refund or Amount Owed

```
REFUND AMOUNT:.................................................$ -681.00
APPLIED TO NEXT YEAR'S ESTIMATED TAX:............................$ 0.00
ESTIMATED TAX PENALTY:...........................................$ 0.00
TAX ON INCOME LESS STATE REFUND PER COMPUTER:....................$ 0.00
```

004091

ECA   Copyright 2008 software corp. 2008 Universal Tax Systems, Inc. All rights reserved.

**Form 1040**   Department of the Treasury - Internal Revenue Service
**U.S. Individual Income Tax Return**   **2008**   OMB No. 1545-0074

| Label | | |
|---|---|---|
| Name | Felicia D King | Your social security number: 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 |
| Home Address | 46 51st Ave | Spouse's social security no. |
| City, State, and ZIP Code | Bellwood IL 60104- | |

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see instructions) ▶ ☐ You ☐ Spouse

**Filing Status** — Check only one box.
1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☒ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**
6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a
6b ☐ Spouse

Boxes checked on 6a and 6b: **1**

6c Dependents:

| (1) First name   Last name | (2) Dependent's social security no. | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit |
|---|---|---|---|
| Calvin King | 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 | SON | X |

No. of children on 6c who:
• lived with you: **1**
• did not live with you due to divorce or separation (see instr.): 0
• Dependents on 6c not entered above: 0

d Total number of exemptions claimed

Add numbers on lines above ▶ **2**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 30,467. |
| 8a Taxable interest. Attach Schedule B if required | 8a | |
| 8b Tax-exempt interest. Do not include on line 8a | 8b | |
| 9a Ordinary dividends. Attach Schedule B if required | 9a | |
| 9b Qualified dividends (see instructions) | 9b | |
| 10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | |
| 11 Alimony received | 11 | |
| 12 Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 Other gains or (losses). Attach Form 4797 | 14 | |
| 15a IRA distributions | 15a | b Taxable amount (see instr.) 15b |
| 16a Pensions and annuities | 16a | b Taxable amount (see instr.) 16b |
| 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 Farm income or (loss). Attach Schedule F | 18 | |
| 19 Unemployment compensation | 19 | |
| 20a Social security benefits 20a | | b Taxable amount (see instr.) 20b |
| 21 Other income. List type and amount (see instr.) | 21 | |
| 22 Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 30,467. |

**Adjusted Gross Income**

| | | |
|---|---|---|
| 23 Educator expenses (see instructions) | 23 | |
| 24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 Health savings account deduction. Attach Form 8889 | 25 | |
| 26 Moving expenses. Attach Form 3903 | 26 | |
| 27 One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 Self-employed health insurance deduction (see instr.) | 29 | |
| 30 Penalty on early withdrawal of savings | 30 | |
| 31a Alimony paid b Recipient's SSN ▶ | 31a | |
| 32 IRA deduction (see instructions) | 32 | |
| 33 Student loan interest deduction (see instructions) | 33 | |
| 34 Tuition and fees deduction. Attach Form 8917 | 34 | |
| 35 Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 Add lines 23 through 31a and 32 through 35 | 36 | |
| 37 Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37 | 30,467. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   Form **1040** (2008)

Form 8879

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0074

2008

Declaration Control Number (DCN) 00 85454 5

Taxpayer's name
Felicia D. King

Social security number
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

Spouse's name

Spouse's social security number

| | Tax Return Information | Whole Dollars Only | |
|---|---|---|---|
| 1 | Adjusted gross income | | 35 357 |
| 2 | Total tax | | 739 |
| 3 | Federal income tax withheld | | 1,558 |
| 4 | Refund | | 1 370 |
| 5 | Amount you owe | | |

Your signature ▶ _____ Date 02/07 2008

Practitioner PIN: Rock of Ages 50104

Your signature ▶ _____ Date 02/07 2008

ERO's signature ▶ Electronic King of Ages Date 02/07 2008

Form 8879 (2008)

Form 1040 (2008)    Felicia D King    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    Page 2

| Tax and Credits | | | | |
|---|---|---|---|---|
| Standard Deduction for— | 38a Check if: ☐ You were born before Jan. 2, 1944, ☐ Blind. } Total boxes<br>☐ Spouse was born before Jan. 2, 1944, ☐ Blind. } checked ▸ 38a | | | |
| | b If your spouse itemizes on a separate return or you were a dual-status alien, see instructions and check here ▸ 38b ☐ | | | |
| ● People who checked any box on line 38a or 38b or who can be claimed as a dependent, see instr. | c Check if standard deduction includes real estate taxes or disaster loss (see inst) | | | |
| | 40 Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 8,000. | |
| | 41 Subtract line 40 from line 38 | 41 | 22,467. | |
| | 42 If line 38 is over $119,975 or you provided housing to a Midwestern displaced individual, see inst. Otherwise, multiply $3,500 by the total number of exemptions claimed on line 6d | 42 | 7,000. | |
| ● All others: | 43 Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 15,467. | |
| Single or Married filing separately, $5,450 | 44 Tax (see instructions). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | 44 | 1,749. | |
| Married filing jointly or Qualifying widow(er), $10,900 | 45 Alternative minimum tax (see instructions). Attach Form 6251 | 45 | | |
| | 46 Add lines 44 and 45 | ▸ 46 | 1,749. | |
| Head of household, $8,000 | 47 Foreign tax credit. Attach Form 1116 if required | 47 | | |
| | 48 Credit for child and dependent care exp. Attach Form 2441 | 48 | | |
| | 49 Credit for the elderly or the disabled. Attach Schedule R | 49 | | |
| | 50 Education credits. Attach Form 8863 | 50 | | |
| | 51 Retirement savings contributions credit. Attach Form 8880 | 51 | | |
| | 52 Child tax credit (see inst). Attach Form 8901 if required | 52 | 1,000. | |
| | 53 Credits from Form: a ☐ 8396 b ☐ 8839 c ☐ 5695 | 53 | | |
| | 54 Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | 54 | | |
| | 55 Add lines 47 through 54. These are your total credits | ▸ 55 | 1,000. | |
| | 56 Subtract line 55 from line 46. If line 55 is more than line 46, enter -0- | ▸ 56 | 749. | |
| Other Taxes | 57 Self-employment tax. Attach Schedule SE | 57 | | |
| | 58 Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | 58 | | |
| | 59 Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | | |
| | 60 Additional taxes: a ☐ AEIC payments b ☐ Household employment taxes. Attach Sch. H | 60 | | |
| | 61 Add lines 56 through 60. This is your total tax | ▸ 61 | 749. | |
| Payments | 62 Federal income tax withheld from Forms W-2 and 1099 | 62 | 1,556. | |
| | 63 2008 estimated tax pymts and amt applied from 2007 return | 63 | | |
| If you have a qualifying child, attach Schedule EIC. | 64a Earned income credit (EIC) | 64a | 563. | |
| | b Nontaxable combat pay election | 64b | | |
| | 65 Excess social security and tier 1 RRTA tax withheld (see inst) | 65 | | |
| | 66 Additional child tax credit. Attach Form 8812 | 66 | | |
| | 67 Amount paid with request for extension to file (see inst) | 67 | | |
| | 68 Credits from Form: a ☐ 2439 b ☐ 4136 c ☐ 8801 d ☐ 8885 | 68 | | |
| | 69 First-time homebuyer credit. Attach Form 5405 | 69 | | |
| | 70 Recovery rebate credit (see worksheet in the instructions) | 70 | | |
| | 71 Add lines 62 through 70. These are your total payments | ▸ 71 | 2,119. | |
| Refund | 72 If line 71 is more than line 61, subtract line 61 from line 71. This is the amount you overpaid | 72 | 1,370. | |
| Direct deposit? See instructions and fill in 73b, 73c, and 73d, or Form 8888. | 73a Amount of line 72 you want refunded to you. If Form 8888 is attached, check here ▸ ☐ | 73a | 1,370. | |
| | ▸ b Routing number 071074528 ▸ c Type: ☒ Checking ☐ Savings | | | |
| | ▸ d Account number 4221391743 | | | |
| | 74 Amount of line 72 you want applied to your 2009 estimated tax | 74 | | |
| Amount You Owe | 75 Amount you owe. Subtract line 71 from line 61. For details on how to pay, see inst. | ▸ 75 | | |
| | 76 Estimated tax penalty (see instructions) | 76 | | |

| Third Party Designee | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following. ☒ No |
|---|---|
| | Designee's name ▸    Phone no. ▸    Personal identification number (PIN) ▸ |

| Sign Here | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. |
|---|---|
| Joint return? See inst. Keep a copy for your records. | Your signature    Date    Your occupation Customer Service Rep    Daytime phone number 708-289-9725 |
| | Spouse's signature. If a joint return, both must sign.    Date    Spouse's occupation |

| Paid Preparer's Use Only | Preparer's signature    Date    Check if self-employed ☐    Preparer's SSN or PTIN S40012419 |
|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code ▸    EIN    Phone no. |

BCA    Form 1040 (2008)

**SCHEDULE EIC**
(Form 1040A or 1040)

Department of the Treasury
Internal Revenue Service (99)

**Earned Income Credit**

Qualifying Child Information

Complete and attach to Form 1040A or 1040
only if you have a qualifying child.

OMB No. 1545-0074

**2008**

Attachment
Sequence No. **43**

| Name(s) shown on return | Your social security number |
|---|---|
| Felicia D King | 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 |

**Before you begin:**
- See the instructions for Form 1040A, lines 40a and 40b, or Form 1040, lines 64a and 64b, to make sure that (a) you can take the EIC, and (b) you have a qualifying child.
- Be sure the child's name on line 1 and social security number (SSN) on line 2 agree with the child's social security card. Otherwise, at the time we process your return, we may reduce or disallow your EIC. If the name or SSN on the child's social security card is not correct, call the Social Security Administration at 1-800-772-1213.

**CAUTION**
- If you take the EIC even though you are not eligible, you may not be allowed to take the credit for up to 10 years. See instructions for details.
- It will take us longer to process your return and issue your refund if you do not fill in all lines that apply for each qualifying child.

## Qualifying Child Information

| | | Child 1 | | Child 2 | |
|---|---|---|---|---|---|
| **1** | **Child's name** If you have more than two qualifying children, you only have to list two to get the maximum credit. | First name | Last name | First name | Last name |
| | | Calvin | King | | |
| **2** | **Child's SSN** The child must have an SSN as defined in the instructions unless the child was born and died in 2008. If your child was born and died in 2008 and did not have an SSN, enter "Died" on this line and attach a copy of the child's birth certificate, death certificate, or hospital medical records. | 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 | | | |
| **3** | **Child's year of birth** | Year: 1992 If born after 1989, skip lines 4a and 4b; go to line 5 | | Year: If born after 1989, skip lines 4a and 4b; go to line 5 | |
| **4** | **If the child was born before 1990—** | | | | |
| | a Was the child under age 24 at the end of 2008 and a student? | [X] Yes. Go to line 5. | [ ] No. Continue. | [ ] Yes. Go to line 5. | [ ] No. Continue. |
| | b Was the child permanently and totally disabled during any part of 2008? | [ ] Continue. | [ ] No. The child is not a qualifying child. | [ ] Continue. | [ ] No. The child is not a qualifying child. |
| **5** | **Child's relationship to you** (for example, son, daughter, grandchild, niece, nephew, foster child, etc.) | SON | | | |
| **6** | **Number of months child lived with you in the United States during 2008** | | | | |
| | • If the child lived with you for more than half of 2008 but less than 7 months, enter "7". | | | | |
| | • If the child was born or died in 2008 and your home was the child's home for the entire time he or she was alive during 2008, enter "12". | 12 months Do not enter more than 12 months. | | months Do not enter more than 12 months. | |

**TIP** — You may also be able to take the additional child tax credit if your child (a) was under age 17 at the end of 2008, and (b) is a U.S. citizen, U.S. national, or U.S. resident alien. For more details, see the instructions for line 41 of Form 1040A or line 67 of Form 1040.

For Paperwork Reduction Act Notice, see Form 1040A or 1040 instructions.

Schedule EIC (Form 1040A or 1040) 2008

BCA Copyright form software only 2008 Universal Tax Systems, Inc. All rights reserved. USEK557 Rev 1

Name: Fel   Case 9:05-05232-DoDDoc11   Filed 02/18/09   Entered 02/18/09 10:44:00   Desc Main
Document   Page 56 of 75

**Child Tax Credit (CTC)**

| | | |
|---|---|---|
| 1 $1,000 X __1__ qualifying children | | 1,000. |
| 2 Modified AGI is AGI plus excluded income from Forms 2555 (EZ) and 4563 and excluded income from Puerto Rico | 30,467. | |
| 3 Modified AGI limitation $110,000 married filing jointly; $55,000 married filing separately; all others $75,000 | 75,000. | |
| 4 Subtract line 3 from line 2. If -0-, go to line 7 | | |
| 5 Round up to next $1,000 | | |
| 6 Multiply line 5 by 5% | | |
| 7 Maximum child tax credit. Subtract line 6 from line 1. You cannot take the credit if this amount is -0- | | 1,000. |
| 8 Amount from Form 1040, line 46, or Form 1040A, line 28, or Form 1040NR, line 43 | 1,749. | |
| 9 Credits for foreign tax, dependent care, elderly, education, retirement savings, adoption, mortgage interest, DC first-time homebuyers and residential energy | | |

| CTC Worksheet for Forms 6395, Mortgage Interest Credit, Form 8839, Adoption Credit, Form 8859, DC First-time Homebuyers Credit, and Form 5695, Residential Energy Credits |
|---|
| 1  Foreign tax credit + dependent care credit + elderly credit + education credit + retirement savings credit |
| 2  Amount from line 7 above |
| 3  Social security or RR tier 1 + Medicare |
| 4  Form 1040, line 27 + line 59; or Form 1040NR, line 54 + uncollected social security and Medicare taxes listed on W-2 |
| 5  Add lines 3 and 4 |
| 6  Earned income credit and excess FICA/RRTA |
| 7  Subtract line 6 from line 5 |
| 8  Maximum child tax credit, line 7 above, minus the larger of line 7 of this worksheet or Form 8812, line 6. This is the child tax credit, for the purpose of figuring Forms 5695, 8396, 8859, and 8839. Use this amount in place of the child tax credit amount asked for on these forms |
| 9  Total of adoption credit, mortgage interest credit, DC first-time homebuyer credit, and residential energy credits as required |
| 10 Add lines 1 and 9 |

| | | |
|---|---|---|
| 10 Subtract line 9 from line 8 | | 1,749. |
| 11 Child tax credit | | 1,000. |

**Amount paid with Federal extension (Form 4868 or 2350)**

**Carryovers from 2008 to 2009**

1  Section 179 expense disallowed, Form 4562, accumulative total

2  Net operating loss from 2008 only, Form 1045
   Amt. carried forward from 2007. Listed on Form 1040, line 21, or Form 1040NR, line 21

3  2008 charitable contributions. Organization limit:

| | Cash or other property | | Capital Gain | |
|---|---|---|---|---|
| | 50% | 30% | 30% | 20% |
| | | | | |

4  Investment interest expense, Form 4952, accumulative total

5  Foreign tax credit from 2008 only, Form 1116. Enter amount carried back if any

6  Adoption credit, Form 8839

| 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|
| | | | | |

7  Mortgage interest credit, Form 8396

| | | 2006 | 2007 | 2008 |
|---|---|---|---|---|
| | | | | |

8  General business credits for 2008 only, Form 3800

9  Form 8844, for 2008 only. Enter amount carried back

10 DC first-time homebuyer credit, Form 8859, cumulative total

11 Prior year minimum tax credit, Form 8801, cumulative total

12 AMT limited qualified electric vehicle credit from 2008 only

13 Nonrecaptured net section 1231 losses

| 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|
| | | | | |

Copyright form software only, 2008 Universal Tax Systems, Inc. All rights reserved.    USWK104A

Form **8879** IRS e-file Signature Authorization

OMB No. 1545-0074

2008

Department of the Treasury
Internal Revenue Service

▶ Do not send to the IRS. ▶ Keep this form for your records.

Declaration Control Number (DCN) ▶ 00367434 9

| | |
|---|---|
| Taxpayer's name | Social security number |
| Felicia D King | 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 |
| Spouse's name | Spouse's social security number |

### Part I  Tax Return Information—Tax Year Ending December 31, 2008 (Whole Dollars Only)

| | | |
|---|---|---|
| 1 | Adjusted gross income (Form 1040, line 38; Form 1040A, line 22; Form 1040EZ, line 4) | 1 | 30,467. |
| 2 | Total tax (Form 1040, line 61; Form 1040A, line 37; Form 1040EZ, line 11) | 2 | 749. |
| 3 | Federal income tax withheld (Form 1040, line 62; Form 1040A, line 38; Form 1040EZ, line 7) | 3 | 1,556. |
| 4 | Refund (Form 1040, line 73a; Form 1040A, line 46a; Form 1040EZ, line 12a; Form 1040-SS, Part I, line 13a) | 4 | 1,370. |
| 5 | Amount you owe (Form 1040, line 76; Form 1040A, line 47; Form 1040EZ, line 13) | 5 | |

### Part II  Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return)

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return and accompanying schedules and statements for the tax year ending December 31, 2008, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts from my electronic income tax return. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission, (b) an indication of any refund offset, (c) the reason for any delay in processing the return or refund, and (d) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my Federal taxes owed on this return, and/or a payment of estimated tax, and the financial institution to debit the entry to this account. I further understand that this authorization may apply to future Federal tax payments that I direct to be debited through the Electronic Federal Tax Payment System (EFTPS). In order for me to initiate future payments, I request that the IRS send me a personal identification number (PIN) to access EFTPS. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

☒ I authorize Rock Of Ages to enter or generate my PIN | 60104
ERO firm name | Enter five numbers, but do not enter all zeros

as my signature on my tax year 2008 electronically filed income tax return. Check this box only if you are
☐ I will enter my PIN as my signature on my tax year 2008 electronically filed income tax return. Check this box only if you are entering your own PIN and your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ▶                                    Date ▶ 02/07/2009

**Spouse's PIN: check one box only**

☐ I authorize _____ to enter or generate my PIN | 
ERO firm name | Enter five numbers, but do not enter all zeros

as my signature on my tax year 2008 electronically filed income tax return. Check this box only if you are
☐ I will enter my PIN as my signature on my tax year 2008 electronically filed income tax return. Check this box only if you are entering your own PIN and your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature ▶                                    Date ▶

#### Practitioner PIN Method Returns Only—continue below

### Part III  Certification and Authentication—Practitioner PIN Method Only

ERO's EFIN/PIN. Enter your six-digit EFIN followed by your five-digit self-selected PIN. | 35743436765
do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature for the tax year 2008 electronically filed income tax return for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and Publication 1345, Handbook for Authorized IRS e-file Providers of Individual Income Tax Returns.

ERO's signature ▶ 340012419 Rock Of Ages                    Date ▶ 02/07/2009

**ERO Must Retain This Form — See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see the instructions.                    Form **8879** (2008)

550 77-6884

W-2 DETAIL REPORT  2008

| Employer | SSN | TOTSP | Gross Wages | Federal With | FICA | Medicare | St | State Wages | State With | Local With | Locality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee | 694 | 14-149940 | | | | | | | | | |
| donovos worldwide inc | | | 20467 | 1058 | 1339 | 142 | IL | 20467 | 758 | | |
| | | | 20462 | 1336 | 1676 | 182 | IL | 20462 | 758 | | |

Illinois Department of Revenue
2008 Form IL-1040
Individual Income Tax Return

Do not write above this line.

## Step 1: Personal Information

A  Social Security numbers in the order they appear on your federal return.
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
Your Social Security number          Spouse's Social Security number

B  Print your personal information below.
Felicia          D          King
Your first name and initial          Your last name

Spouse's first name and initial          Spouse's last name - only if different

46 51st Ave
Mailing address

Bellwood IL 60104-
City          State          ZIP

C  Filing status (see instructions)
☒ Single or head of household   ☐ Married filing jointly   ☐ Married filing separately   ☐ Widowed

## Step 2: Income

| | | | |
|---|---|---|---|
| 1 | Federal adjusted gross income from your U.S. 1040, Line 37; U.S. 1040A, Line 21 or U.S. 1040EZ, Line 4 | 1 | 30,467. |
| 2 | Federally tax-exempt interest and dividend income from your U.S. 1040 or 1040A, Line 8b or U.S. 1040EZ | 2 | |
| 3 | Other additions to your income. Attach Schedule M | 3 | |
| 4 | Total income. Add Lines 1 through 3. | 4 | 30,467. |

## Step 3: Base Income

| | | | |
|---|---|---|---|
| 5 | Income received from Social Security benefits and certain retirement plans (if included in Line 1. Attach federal page 1.) | 5 | |
| 6 | Illinois Income Tax overpayment included in U.S. 1040, Line 10 | 6 | |
| 7 | Other subtractions to your income. Attach Schedule M. Check if the 7 includes any amount from Schedule 1299-C ☐ | 7 | |
| 8 | Add Lines 5 and 7. This is the total of your subtractions. | 8 | |
| 9 | Illinois base income. Subtract Line 8 from Line 4. | 9 | 30,467. |

## Step 4: Exemptions

See instructions before figuring exemptions.

| | | | | |
|---|---|---|---|---|
| 10 a | Number of exemptions from your federal return | 2 × $2,000 | a | 4,000. |
| b | If someone else claimed or could have claimed you or your spouse as a dependent on their return, see instructions to figure the number to write here. | × $2,000 | b | |
| c | Check if 65 or older: ☐ You + ☐ Spouse | × $1,000 | c | |
| d | Check if legally blind: ☐ You + ☐ Spouse | × $1,000 | d | |
| | Exemption allowance. Add Lines a through d. | | 10 | 4,000. |

## Step 5: Net Income

| | | | |
|---|---|---|---|
| 11 | Residents Only: Net income. Subtract Line 10 from Line 9. Skip Line 12. | 11 | 26,467. |
| 12 | Nonresidents and part-year residents Only: Check the box that applies to you during 2008 ☐ Nonresident ☐ Part-year resident, and write the Illinois base income from Schedule NR. Attach Schedule NR. | 12 | |

## Step 6: Tax

| | | | |
|---|---|---|---|
| 13 | Residents: Multiply Line 11 by 3% (.03). Write the result here. Nonresidents and part-year residents: Write the tax before recapture of investment credits from Schedule NR. | 13 | 794. |
| 14 | Recapture of investment tax credits. Attach Schedule 4255. | 14 | |
| 15 | Total tax. Add Lines 13 and 14. This amount may not be less than zero. | 15 | 794. |

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty. This form has been approved by the Forms Management Center. IL-492-0355



IL-1040 page 1 (R-12/08)
IDR          Copyright form software only 1984 Universal Tax Systems, Inc. - All rights reserved.          UTD455          Rev. 1

16   Total tax amount from Page 1, Line 15                                                                    794.

**Step 7: Nonrefundable Credits**

- New -          17   Income tax paid to another state while an Illinois resident.
Complete              Attach Schedule CR and other states' returns.                          17   _____
Schedule ICR      18   Property tax and K-12 education expense or both amount from
                      Schedule ICR. Attach Schedule ICR.                                      18   _____
                  19   Credit amount from Schedule 1299-C. Attach Schedule 1299-C.            19   _____
                  20   Add Lines 17, 18 and 19. This is the total of your credits. This
                      amount may not exceed the tax amount on Line 16.                        20   _____
                  21   Tax after nonrefundable credits. Subtract Line 20 from Line 16.        21        794.

**Step 8: Payments and Refundable Credit**

                  22   Illinois Income Tax withheld. Attach W-2 and 1099 forms.               22        794.
- New -          23   Estimated payments from Forms IL-505-I and IL-1040-ES,
See                   including overpayment applied from 2007 return                          23   _____
Instructions     24   Pass-through entity payments. Attach Schedule K-1-P or K-1-T.           24   _____
- New -          25   Earned Income Credit from Schedule ICR. Attach Schedule ICR.            25         28.
Complete         26   Total payments and refundable credit. Add Lines 22 through 25.          26        822.
Schedule ICR

**Step 9: Overpayment or Underpayment**

                  27   Overpayment. If Line 26 is greater than Line 21, subtract Line 21 from Line 26.   27         26.
                  28   Underpayment. If Line 21 is greater than Line 26, subtract Line 26 from Line 21.  28   _____

**Step 10: Underpayment of Estimated Tax Penalty and Donations**

                  29   Late payment penalty for underpayment of estimated tax.                29   _____
                      a Check if at least two-thirds of your federal gross income is from farming.     □
                      b Check if you or your spouse are 65 or older and permanently living
                        in a nursing home.                                                             □
                      c Check if your income was not received evenly during the year and you
                        annualized your income on Form IL-2210. otherwise we will figure this
                        penalty for you. Attach Form IL-2210.                                          □

MAKE             30   You can make voluntary charitable donations to many worthy causes
"GIVING"              using this form. It's easy - just complete Schedule G and enter the
EASY                 donation amount here. Attach Schedule G.                                 30   _____
                  31   Total penalty and donations. Add Lines 29 and 30.                      31   _____

**Step 11: Refund or Amount You Owe**

                  32   If you have an overpayment on Line 27 and this amount is greater than
                      Line 31, subtract Line 31 from Line 27. This is your remaining overpayment.       32         28.
                  33   Amount from Line 32 you want refunded to you.                           33         28.
                  34   Complete to direct deposit your refund.
Direct Deposit →      Routing number  071074529                      ☒ Checking or □ Savings
                      Account number  4221391743
See              35   Subtract Line 33 from Line 32. This amount will be applied to your 2008 estimated tax.   35   _____
Instructions     36   If you have an underpayment on Line 28, add Lines 28 and 31. OR
for payment          if you have an overpayment on Line 27 and this amount is less than Line 31,
options.             subtract Line 27 from Line 31. This is the amount you owe.                36   _____

**Step 12: Sign and Date**

Under penalties of perjury, I state that I have examined this return, and, to the best of my knowledge, it is true, correct, and complete.

Sign          Your signature        Date       708-283-9725
here                                            Daytime phone number    Your spouse's signature        Date
                                                                        S40012419

              Paid preparer's signature      Date       Preparer's phone no.    Preparer's FEIN, SSN, or PTIN

If no payment enclosed, mail to:                        If payment enclosed, mail to:
ILLINOIS DEPARTMENT OF REVENUE                          ILLINOIS DEPARTMENT OF REVENUE
PO BOX 1040                                             SPRINGFIELD IL 62726-0001
GALESBURG IL 61402-1040

IL-1040 page 2 (R-12/08)      DR          AP          EV   RR

2DP

Copyright form software only. 2004 Universal Tax Systems, Inc. All rights reserved.     2/04-001     Rev 4

Form **1040**
Department of the Treasury - Internal Revenue Service
**U.S. Individual Income Tax Return** **2007** (99) IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2007, or other tax year beginning _____, 2007, ending _____, 20____    OMB No. 1545-0074

| Label | |
|---|---|
| (See instructions) | Name   Spouse's Name (if Joint Return)   Home Address   City, State, and ZIP Code |
| Use the IRS label. | **Felica King** |
| Otherwise, please print or type. | 46 51st Ave |
| | Bellwood IL 60104- |

Your social security number
**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**

Spouse's social security no.

▲ You must enter ▲
your SSN(s) above.

**Presidential**
**Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see instructions) ▶  [ ] You  [ ] Spouse
Checking a box below will not change your tax or refund.

**Filing Status**
Check only one box.

1 [ ] Single
2 [ ] Married filing jointly (even if only one had income)
3 [ ] Married filing separately. Enter spouse's SSN above and full name here. ▶
4 [X] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a
b [ ] Spouse
c Dependents:

| (1) First name   Last name | (2) Dependent's social security no. | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see inst) |
|---|---|---|---|
| Calvin King | 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 | SON | X |

If more than four dependents, see instr.

d Total number of exemptions claimed

Boxes checked on 6a and 6b ................ 1
No. of children on 6c who:
• lived with you .... 1
• did not live with you due to divorce or separation (see instr.) .... 0
Dependents on 6c not entered above .... 0
Add numbers on lines above ▶ 2

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 30,682. |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a ...... 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends (see instructions) ...... 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions ...... 15a | b Taxable amount (see inst.) | 15b |
| 16a | Pensions and annuities ... 16a | b Taxable amount (see inst.) | 16b |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits ..... 20a | b Taxable amount (see inst.) | 20b |
| 21 | Other income. List type and amount (see instr.) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 30,682. |

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

**Adjusted Gross Income**

| | | |
|---|---|---|
| 23 | Educator expenses (see instructions) ...... 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis gov. officials. Attach Form 2106 or 2106-EZ ... 24 | |
| 25 | Health savings account deduction. Attach Form 8889 ... 25 | |
| 26 | Moving expenses. Attach Form 3903 ...... 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE ... 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans ...... 28 | |
| 29 | Self-employed health insurance deduction (see instr.) ... 29 | |
| 30 | Penalty on early withdrawal of savings ...... 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ 31a | |
| 32 | IRA deduction (see instructions) ...... 32 | |
| 33 | Student loan interest deduction (see instructions) ...... 33 | |
| 34 | Tuition and fees deduction. Attach Form 8917 ...... 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 .. 35 | |
| 36 | Add lines 23 through 31a and 32 through 35 ...... | 36 |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | 30,682. |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.**   Form **1040** (2007)

BCA Copyright form software only, 2007 Universal Tax Systems, Inc. All rights reserved.   US1040S1   Rev. 1

Form 1040 (2007)    Felica King           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      Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 30,682. |

**Tax and Credits**

**Standard Deduction for —**
- People who checked any box on line 39a or 39b or who can be claimed as a dependent, see instr.
- All others: Single or Married filing separately, $5,350
Married filing jointly or Qualifying widow(er), $10,700
Head of household, $7,850

| Line | Description | | Amount |
|---|---|---|---|
| 38 | Amount from line 37 (adjusted gross income) | 38 | 30,682. |
| 39a | Check if: ☐ You were born before Jan. 2, 1943, ☐ Blind. ☐ Spouse was born before Jan. 2, 1943, ☐ Blind. Total boxes checked ▶ 39a | | |
| b | If your spouse itemizes on a separate return or you were a dual-status alien, see instructions and check here ▶ 39b ☐ | | |
| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 7,850. |
| 41 | Subtract line 40 from line 38 | 41 | 22,832. |
| 42 | If line 38 is $117,300 or less, multiply $3,400 by the total number of exemptions claimed on line 6d. If line 38 is over $117,300, see the worksheet in the instructions | 42 | 6,800. |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 16,032. |
| 44 | Tax (see instr.) Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ Form(s) 8889 | 44 | 1,844. |
| 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| 46 | Add lines 44 and 45 | ▶ 46 | 1,844. |
| 47 | Credit for child and dependent care exp. Attach Form 2441 | 47 | |
| 48 | Credit for the elderly or the disabled. Attach Schedule R | 48 | |
| 49 | Education credits. Attach Form 8863 | 49 | |
| 50 | Residential energy credits. Attach Form 5695 | 50 | |
| 51 | Foreign tax credit. Attach Form 1116 if required | 51 | |
| 52 | Child tax credit (see inst.). Attach Form 8901 if required | 52 | 1,000. |
| 53 | Retirement savings contributions credit. Attach Form 8880 | 53 | 76. |
| 54 | Credits from: a ☐ Form 8396 b ☐ Form 8839 c ☐ Form 8859 | 54 | |
| 55 | Other credits: a ☐ Form 3800 b ☐ Form 8801 c ☐ Form | 55 | |
| 56 | Add lines 47 through 55. These are your total credits | 56 | 1,076. |
| 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- | ▶ 57 | 768. |

**Other Taxes**

| Line | Description | | Amount |
|---|---|---|---|
| 58 | Self-employment tax. Attach Schedule SE | 58 | |
| 59 | Unreported social security and Medicare tax from: a ☐ Form 4137 b ☐ Form 8919 | 59 | |
| 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 60 | |
| 61 | Advance earned income credit payments from Form(s) W-2, box 9 | 61 | |
| 62 | Household employment taxes. Attach Schedule H | 62 | |
| 63 | Add lines 57 through 62. This is your total tax | 63 | 768. |

**Payments**

If you have a qualifying child, attach Schedule EIC.

| Line | Description | | Amount |
|---|---|---|---|
| 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 1,628. |
| 65 | 2007 estimated tax pymts and amt applied from 2006 return | 65 | |
| 66a | Earned income credit (EIC) | 66a | 410. |
| b | Nontaxable combat pay election | 66b | |
| 67 | Excess social security and tier 1 RRTA tax withheld (see inst) | 67 | |
| 68 | Additional child tax credit. Attach Form 8812 | 68 | |
| 69 | Amount paid with request for extension to file (see inst) | 69 | |
| 70 | Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 70 | |
| 71 | Refundable credit for prior year minimum tax from Form 8801, line 27 | 71 | |
| 72 | Add lines 64, 65, 66a, and 67 through 71. These are your total payments | ▶ 72 | 2,038. |

**Refund**

Direct deposit? See instructions and fill in 74b, 74c, and 74d, or Form 8888.

| Line | Description | | Amount |
|---|---|---|---|
| 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you overpaid | 73 | 1,270. |
| 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 74a | 1,270. |
| b | Routing number | 271972572 | ▶ c Type: ☒ Checking ☐ Savings |
| d | Account number | 5876269076 | |
| 75 | Amount of line 73 you want applied to your 2008 estimated tax ▶ | 75 | |

**Amount You Owe**

| Line | Description | | Amount |
|---|---|---|---|
| 76 | Amount you owe. Subtract line 72 from line 63. For details on how to pay, see instructions | ▶ 76 | |
| 77 | Estimated tax penalty (see instructions) | 77 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following. ☒ No

Designee's name ▶    Phone no. ▶    Personal identification number (PIN) ▶

**Sign Here**

Joint return? See instr. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature / *Felica Rey*    Date 3-2-08    Your occupation Customer Service    Daytime phone number

Spouse's signature. If a joint return, both must sign.    Date    Spouse's occupation

**Paid Preparer's Use Only**

| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN S40012419 |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | | EIN | |
| | | Phone no. | |

BCA   Copyright form software only, 2007 Universal Tax Systems, Inc. All rights reserved.    US1040S2   Rev. 1     Form **1040** (2007)

Felica King

| | 16 Tax amount from Page 1, Step 6, Line 15 | 16 | 800. |
|---|---|---|---|

**Step 7: Payments and Credits**

<table>
<tr><td rowspan="8" style="border:1px solid"><b>Nonresidents</b> may not claim a credit on Lines 19, 20, or 21.<br><br><b>The total of Lines 19, 20b, and 21b may not exceed the tax amount on Line 16.</b></td><td>17 Illinois Income Tax withheld. <b>Attach W-2 and 1099 forms.</b></td><td>17</td><td></td><td>801.</td></tr>
<tr><td>18 Estimated payments from Forms IL-505-I and IL-1040-ES, including overpayment applied from Line 31 of your 2006 return.</td><td>18</td><td></td><td></td></tr>
<tr><td>19 Income tax paid to another state while an Illinois resident. <b>Attach</b> Schedule CR and other states' returns.</td><td>19</td><td></td><td></td></tr>
<tr><td>20 Illinois Property Tax credit. <b>Complete PT Worksheet in instructions.</b><br>PT Worksheet Line 3 amount   20a<br>PT Worksheet Line 8 amount</td><td>20b</td><td></td><td></td></tr>
<tr><td>21 K-12 education expense credit. <b>Complete ED Worksheet in instructions or Schedule ED. Attach receipt or Schedule ED.</b><br>ED Wkst or Sch. ED Line 1 amount   21a<br>ED Worksheet or Schedule ED Line 10 amount</td><td>21b</td><td></td><td></td></tr>
<tr><td>22 Earned Income Credit. <b>Complete EIC Worksheet in instructions.</b><br>EIC Worksheet Line 1 amount   22a   410.<br>EIC Worksheet Line 4 amount</td><td>22b</td><td></td><td>21.</td></tr>
<tr><td>23 Income tax credit amount from Sch. 1299-C. <b>Attach Sch. 1299-C.</b></td><td>23</td><td></td><td></td></tr>
<tr><td>24 Add Lines 17, 18, 19, 20b, 21b, 22b, and 23. This is the total of your payments and credits.</td><td>24</td><td></td><td>822.</td></tr>
</table>

**Step 8: Overpayment or Tax Due**

| | | | | |
|---|---|---|---|---|
| 25 If Line 24 is greater than Line 16, subtract Line 16 from Line 24. This is your **overpayment.** | 25 | | 22. |
| 26 If Line 16 is greater than Line 24, subtract Line 24 from Line 16. This is your **tax due.** | 26 | | |

**Step 9: Penalty**

27 Late-payment penalty for underpayment of estimated tax  27 _____

    a Check if you annualized your income on Form IL-2210, Step 6, or if you are

       65 or older and permanently living in a nursing home. **Attach Form IL-2210.** ☐

    b Check if at least two-thirds of your federal gross income is from farming. ☐

**Step 10: Donations** Any donation will reduce your refund or increase the amount you owe

28 Amount you wish to donate to one or more of the following voluntary contribution funds:

| | | | | | | |
|---|---|---|---|---|---|---|
| Wildlife | a _____ | Breast Cancer | e _____ | Diabetes | i _____ |
| Child Abuse | b _____ | Multiple Sclerosis | f _____ | Autoimmune | j _____ |
| Alzheimer's | c _____ | Military Family | g _____ | Lung Cancer | k _____ |
| Homeless | d _____ | IL Veterans' Home | h _____ | | |

<div style="border:1px solid; display:inline-block; padding:4px;"><b>MAKE "GIVING" EASY</b></div>

Add Lines a through k. This is your donations total.    28 _____

29 Add Line 27 and Line 28. This is your total penalty and donations.    29 _____

**Step 11: Refund or Amount You Owe**

| | | | | |
|---|---|---|---|---|
| 30 If you have an overpayment on Line 25 and this amount is greater than Line 29, subtract Line 29 from Line 25. | 30 | | 22. |
| 31 Amount from Line 30 that you want applied to 2008 estimated tax | 31 | | |
| 32 Subtract Line 31 from Line 30. This is your **refund.** | 32 | | 22. |

<div style="border:1px solid; display:inline-block;"><b>Direct Deposit</b></div>

33 Complete to direct deposit your refund

Routing number  | 271972572 |   ☒ Checking or ☐ Savings

Account number | 5876269076 |

<div style="border:1px solid; display:inline-block;"><b>See instructions for payment options.</b></div>

34 If you have tax due on Line 26, add Lines 26 and 29. **Or**

    If you have an overpayment on Line 25 and this amount is less than Line 29,

    subtract Line 25 from Line 29. This is the **amount you owe.**    34 _____

**Step 12: Sign and Date**

Under penalties of perjury, I state that I have examined this return, and, to the best of my knowledge, it is true, correct, and complete.

| | | | |
|---|---|---|---|
| *[signature]* | 2008 | 7082699735 | |
| Your signature | Date | Daytime phone number | Your spouse's signature   Date |
| | | | S40012419 |
| Paid preparer's signature | Date | Preparer's phone no. | Preparer's FEIN, SSN, or PTIN |

If no payment enclosed, mail to:      If payment enclosed, mail to:
**ILLINOIS DEPARTMENT OF REVENUE**      **ILLINOIS DEPARTMENT OF REVENUE**
**SPRINGFIELD IL 62719-0001**      **SPRINGFIELD IL 62726-0001**

DR _____ AP _____ CA DE EV ME MO PR RM RR TT TV WA WT WV ZZ ID _____

IL-1040 page 2 (R-12/07)

ID: 3085 Copyright form software only, 2007 Universal Tax Systems, Inc. All rights reserved.     IL104052    Rev. 1

**SCHEDULE EIC**
(Form 1040A or 1040)

Department of the Treasury
Internal Revenue Service   (99)

**Earned Income Credit**

**Qualifying Child Information**

1040A
----------
1040      EIC

Complete and attach to Form 1040A or 1040
only if you have a qualifying child.

OMB No. 1545-0074

**2007**

Attachment
Sequence No. **43**

| Name(s) shown on return | Your social security number |
|---|---|
| Felica King | 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 |

**Before you begin:**  See the instructions for Form 1040A, lines 40a and 40b, or Form 1040, lines 66a and 66b, to make sure that
**(a)** you can take the EIC, and **(b)** you have a qualifying child.

| ! CAUTION | • If you take the EIC even though you are not eligible, you may not be allowed to take the credit for up to 10 years. See instructions for details.<br>• It will take us longer to process your return and issue your refund if you do not fill in all lines that apply for each qualifying child.<br>• Be sure the child's name on line 1 and social security number (SSN) on line 2 agree with the child's social security card. Otherwise, at the time we process your return, we may reduce or disallow your EIC. If the name or SSN on the child's social security card is not correct, call the Social Security Administration at 1-800-772-1213. |
|---|---|

## Qualifying Child Information

| | | Child 1 | Child 2 |
|---|---|---|---|
| **1** | **Child's name**<br>If you have more than two qualifying children, you only have to list two to get the maximum credit. | First name   Last name<br>Calvin   King | First name   Last name |
| **2** | **Child's SSN**<br>The child must have an SSN as defined in the instructions unless the child was born and died in 2007. If your child was born and died in 2007 and did not have an SSN, enter "Died" on this line and attach a copy of the child's birth certificate | 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 | |
| **3** | **Child's year of birth** | Year  1992<br>If born after 1988, skip lines 4a and 4b; go to line 5. | Year _____<br>If born after 1988, skip lines 4a and 4b; go to line 5. |
| **4** | **If the child was born before 1989–**<br>**a** Was the child under age 24 at the end of 2007 and a student? | ☐ Yes.  Go to line 5.   ☐ No.  Continue. | ☐ Yes.  Go to line 5.   ☐ No.  Continue. |
| | **b** Was the child permanently and totally disabled during any part of 2007? | ☐ Yes.  Continue.   ☐ No.  The child is not a qualifying child. | ☐ Yes.  Continue.   ☐ No.  The child is not a qualifying child. |
| **5** | **Child's relationship to you**<br>(for example, son, daughter, grandchild, niece, nephew, foster child, etc.) | SON | |
| **6** | **Number of months child lived with you in the United States during 2007**<br>• If the child lived with you for more than half of 2007 but less than 7 months, enter "7."<br>• If the child was born or died in 2007 and your home was the child's home for the entire time he or she was alive during 2007, enter "12". | 12 months<br>Do not enter more than 12 months. | _____ months<br>Do not enter more than 12 months. |

| TIP | You may also be able to take the additional child tax credit if your child(a) was under age 17 at the end of 2007, and (b) is a U.S. citizen or resident alien. For more details, see the instructions for line 41 of Form 1040A or line 68 of Form 1040. |
|---|---|

**For Paperwork Reduction Act Notice, see Form 1040A or 1040 instructions.**

Schedule EIC (Form 1040A or 1040) 2007

BCA   Copyright form software only, 2007 Universal Tax Systems, Inc. All rights reserved.   USEIC551   Rev. 1

## US Schedule EIC — Earned Income Credit Worksheet

**2007**

Name: Felica King

SSN: 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

### Figure Your Credit

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Amount from Form 1040 or 1040A, line 7, 1040EZ, line 1 .................................... | | | | | 30,682. |
| | Enter the amount included in line 1 that was received | | | | | |
| a | by penal institution inmates for their work ................................................. | | | | | |
| b | as a pension or annuity from a nonqualified deferred compensation plan or a nongovernmental section 457 plan. | | | | | |
| | This amount should be shown in box 11 of Form W 2 and should be included in line 1 above .......... | | | | | |
| 2 | Taxable scholarship or fellowship grant not reported on Form(s) W 2 ...................... | | | | | |
| 3 | Line 1 minus line 1a, line 1b, and line 2 .................................................. | | | | | 30,682. |
| 4a | If you were self-employed or reported income and expenses on Schedules C or CEZ as a statutory employee, | | | | | |
| | see instructions. If a member of the clergy, check ........................................ ☐ | | | | | |

| | | Nontaxable combat pay included? | | | | |
|---|---|---|---|---|---|---|
| | | Taxpayer | Spouse | Both | No | |
| | Nontaxable combat pay ............................ | | | | | |
| 5 | Earned income ...................................... | | | | 30682. | 30,682. |
| 6 | Credit from EIC table on line 5 income ............ | | | | 410. | |
| 7 | Adjusted gross income .............................. | | | | 30682. | |
| 8 | Credit from EIC table on line 7 income, if line 7 | | | | | |
| | greater than | | | | | |
| | • $6,999 ($8,999 if married filing jointly) and no | | | | | |
| | qualifying children | | | | | |
| | • $15,399 ($17,399 if married filing jointly) | | | | | |
| | and 1 or more qualifying children ................ | | | | 410. | |
| 9 | Earned inc. credit. If line 7 is less than | | | | | |
| | $7,000 ($9,000, $15,400, $17,400), line 6. | | | | | |
| | Otherwise the smaller of line 6 or line 8 .......... | | | | 410. | 410. |

Copyright form software only, 2007 Universal Tax Systems, Inc. All rights reserved.

USWEICS2

Form **8880**

Department of the Treasury
Internal Revenue Service

**Credit for Qualified Retirement Savings Contributions**

▶ Attach to Form 1040, Form 1040A, or Form 1040NR.

▶ See instructions.

OMB No. 1545-0074

**2007**

Attachment
Sequence No. **55**

Name(s) shown on return
Felica King

Your social security number
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

 You **cannot** take this credit if **either** of the following applies.

- The amount on Form 1040, line 38; Form 1040A, line 22; or Form 1040NR, line 36 is more than $26,000 ($39,000 if head of household; $52,000 if married filing jointly).
- The person(s) who made the qualified contribution or elective deferral **(a)** was born after January 1, 1990, **(b)** is claimed as a dependent on someone else's 2007 tax return, or **(c)** was a **student** (see instructions).

| | | (a) You | (b) Your spouse |
|---|---|---|---|
| 1 | Traditional and Roth IRA contributions for 2007. **Do** not include rollover contributions ..................................... **1** | | |
| 2 | Elective deferrals to a 401(k) or other qualified employer plan, voluntary employee contributions, and 501(c)(18)(D) plan contributions for 2007 (see instructions) ..................................... **2** | 764. | |
| 3 | Add lines 1 and 2 ..................................... **3** | 764. | |
| 4 | Certain distributions received **after** 2004 and **before** the due date (including extensions) of your 2007 tax return (see instructions). If married filing jointly, include **both** spouses' amounts in **both** columns. See instructions for an exception ..................................... **4** | | |
| 5 | Subtract line 4 from line 3. If zero or less, enter -0- ................ **5** | 764. | |
| 6 | In each column, enter the **smaller** of line 5 or $2,000 ........... **6** | 764. | |
| 7 | Add the amounts on line 6. If zero, **stop**; you cannot take this credit ................................................. **7** | | 764. |
| 8 | Enter the amount from Form 1040, line 38*; Form 1040A, line 22; or Form 1040NR, line 36 ..................................... **8** | 30,682. | |
| 9 | Enter the applicable decimal amount shown below: | | |

| If line 8 is - | | And your filing status is - | | | | |
|---|---|---|---|---|---|---|
| Over - | But not over - | Married filing jointly | Head of household | Single, Married filing separately, or Qualifying widow(er) | | |
| | | **Enter on line 9 -** | | | | |
| — | $15,500 | .5 | .5 | .5 | | |
| $15,500 | $17,000 | .5 | .5 | .2 | | |
| $17,000 | $23,250 | .5 | .5 | .1 | | |
| $23,250 | $25,500 | .5 | .2 | .1 | | |
| $25,500 | $26,000 | .5 | .1 | .1 | **9** | X. 0.100 |
| $26,000 | $31,000 | .5 | .1 | .0 | | |
| $31,000 | $34,000 | .2 | .1 | .0 | | |
| $34,000 | $39,000 | .1 | .0 | .0 | | |
| $39,000 | $52,000 | .1 | .0 | .0 | | |
| $52,000 | | .0 | .0 | .0 | | |

**Note:** If line 9 is zero, **stop**; you cannot take this credit.

| 10 | Multiply line 7 by line 9 ............................................................. **10** | 76. |
|---|---|---|
| 11 | Enter the amount from Form 1040, line 46; Form 1040A, line 28; or Form 1040NR, line 43 ..................................... **11** 1,844. | |
| 12 | 1040 filers: Enter the total of your credits from lines 47 through 49, and 51. **12** | |
| | 1040A filers: Enter the total of your credits from lines 29 through 31. | |
| | 1040NR filers: Enter the total of your credits from lines 44 and 46. | |
| 13 | Subtract line 12 from line 11. If zero, **stop**; you cannot take this credit ..................................... **13** | 1,844. |
| 14 | **Credit for qualified retirement savings contributions.** Enter the **smaller** of line 10 or line 13 here and on Form 1040, line 53; Form 1040A, line 33; or Form 1040NR, line 48 ........... **14** | 76. |

\* See Pub. 590 for the amount to enter if you are filing Form 2555, 2555-EZ, or 4563 or you are excluding income from Puerto Rico.

For Paperwork Reduction Act Notice, see instructions.

Form **8880** (2007)

USA60561    Rev. 1

Illinois Department of Revenue
IL-8453 Illinois 2007 Individual Income Tax Electronic Filing Declaration

```
┌─────────────────────────────┐
│ 0 0 - 3 6 7 4 3 4 - 0 0 0 0 6 · 8 │
└─────────────────────────────┘
         Declaration Control Number (DCN)
```

(Do not mail Form IL-8453 to the Illinois Department of Revenue unless it is requested for review.)

**Step 1: Provide taxpayer information**

| Felica King | | | | 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 |
|---|---|---|---|---|
| First name and middle initial | Spouse's first name (and last name if different) | Last name | | Social Security number |

Print or type

46 51st Ave
Mailing address                                    Spouse's Social Security number

Bellwood IL 60104-
City                    State          ZIP          Daytime phone number

**Step 2: Complete information from tax return**

| | | |
|---|---|---|
| 1 | Net income from Form IL-1040, Line 13, or Schedule NR, Step 5, Line 55 | 1 | 26682 | 00 |
| 2 | Tax from Form IL-1040, Line 15 | 2 | 800 | 00 |
| 3 | Illinois income tax withheld from Form IL-1040, Line 17 only (write "0" if none) | 3 | 801 | 00 |
| 4 | Overpayment from Form IL-1040, Line 30 | 4 | 22 | 00 |
| 5 | Total amount due from Form IL-1040, Line 34 | 5 | | 00 |
| 6 | Filing status: ☒ Single/head of household ☐ Married filing jointly ☐ Married filing separately ☐ Widowed | | | |

**Step 3: Complete direct deposit of refund or electronic funds withdrawal information (Optional)**

Note: To initiate a payment or refund transaction, the information in this Step must be included within the electronic transmission.

7   Routing no. (RN):  271972572
8   Account no. (AN):  5876269076
9   Type of account:  ☒ Checking  ☐ Savings
10  Date the payment is to be electronically withdrawn: _____
11  Electronic funds withdrawal amount: _____ | 00
12  Name on account: _____

**Step 4: Taxpayer declaration and signature (Sign only after Step 2 and Step 3 (if applicable) is completed.)**

☒ I consent that my refund may be directly deposited as designated in Step 3 and declare the information on lines 7 through 9 is correct. If I have filed a joint return, this is an irrevocable appointment of the other spouse as an agent to receive the refund.

☐ I authorize the Illinois Department of Revenue (IDOR) and its designated financial agent to initiate an ACH electronic funds withdrawal as designated in the electronic portion of my 2007 Illinois income tax return. I authorize the financial institutions involved in the processing of an electronic overpayment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment.

☐ I do not want direct deposit of my refund, or an electronic funds withdrawal (direct debit) of my balance due.

Under penalties of perjury, I declare the information on my electronic IL-1040 return and the information I provided to my electronic return originator (ERO) are identical. To the best of my knowledge, my return is true, correct, and complete. I consent that my return, this declaration, and accompanying information may be sent to IDOR by my ERO. I authorize IDOR to inform my ERO and/or the transmitter when my return has been accepted or rejected. If rejected, I authorize IDOR to identify the reason(s) so the return may be corrected and retransmitted if possible.

Sign here

_____  _____    _____  _____
Your signature             Date       Spouse's signature (if joint return, both must sign)   Date

**Step 5: Electronic return originator (ERO) and paid preparer declaration and signature**

I declare that I have examined this taxpayer's electronic IL-1040 return, the information on this Form IL-8453, and accompanying information. I have followed all requirements of this program and declare, under penalties of perjury, that to the best of my knowledge the taxpayer's return and accompanying information are true, correct, and complete.

ERO use only

_____  02/02/2008        Check if paid preparer: ☐ (See instructions.)
ERO's signature           Date

Rock Of Ages                                    S40012419
Firm's name or your name if self-employed        Your Social Security number (SSN) or PTIN

1309 Madison St
Mailing address                                  Federal employer identification number (FEIN)

Maywood          IL          60153-
City              State       ZIP          Phone number

**Step 6: Attach required documents (e.g., Forms W-2, W-2G, 1099-G, 1099-R, IL-1310, out-of-state returns, etc.)**

IL-8453 (R-11/07)

ID-8453     Universal software only 2007 Universal Tax Systems, Inc. All rights reserved.     IL8453S1     Rev. 1

Illinois Department of Revenue
## 2007 Form IL-1040
### Individual Income Tax Return

tax.illinois.gov

or for fiscal
year ending _____ / 08

Do not write above this line.

## Step 1: Personal Information

**A** Your Social Security numbers in the order they appear on your federal return

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

Your Social Security number

Your Spouse's Social Security number

**B** Print your personal information below

MAKE "GIVING" EASY
Use Line 28.

Felica

Your first name and initial

King

Your last name

Your spouse's first name and initial

Your spouse's last name (if different)

46 51st Ave

Mailing address

Bellwood IL 60104-

City                                State                                ZIP

**C** Filing status (see instructions)

[X] Single or head of household    [ ] Married filing jointly    [ ] Married filing separately    [ ] Widowed

## Step 2: Income

| | | |
|---|---|---|
| 1 | Federal adjusted gross income from your U.S. 1040, Line 37; U.S. 1040A, Line 21; or U.S. 1040EZ, Line 4 | 1 ___30,682.___ |
| 2 | Federally tax-exempt interest and dividend income from your U.S. 1040 or 1040A, Line 8b; or U.S. 1040EZ | 2 _____ |
| 3 | Other additions to your income. Attach Schedule M. | 3 _____ |
| 4 | Add Lines 1 through 3. This is your total income. | 4 ___30,682.___ |

## Step 3: Base income

| | | |
|---|---|---|
| 5 | Income received from Social Security benefits and certain retirement plans if included in Step 2, Line 1. Attach federal page 1. | 5 _____ |
| 6 | Military pay earned if included in Step 2, Line 1. Attach military W-2. | 6 _____ |
| 7 | Illinois Income Tax overpayment included in U.S. 1040, Line 10 | 7 _____ |
| 8 | U.S. Treasury bonds, bills, notes, savings bonds, and U.S. agency interest from U.S. 1040, Schedule B, or U.S. 1040A, Schedule 1 | 8 _____ |
| 9 | Other subtractions to your income. Attach Schedule M. | 9 _____ |
| | Check if Line 9 includes any amount from Schedule 1299-C [ ] | |
| 10 | Add Lines 5 through 9. This is the total of your subtractions. | 10 _____ |
| 11 | Subtract Line 10 from Line 4. This is your Illinois base income. | 11 ___30,682.___ |

## Step 4: Exemptions

See instructions before completing Line 12.

| | | | |
|---|---|---|---|
| 12 a | Number of exemptions from your federal return. | 2 x $2,000 | a ___4,000.___ |
| b | If someone else claimed or could have claimed you or your spouse as a dependent on their return, see instructions to figure the number to write here. | ___ x $2,000 | b _____ |
| c | Check if 65 or older: [ ] You + [ ] Spouse = | ___ x $1,000 | c _____ |
| d | Check if legally blind: [ ] You + [ ] Spouse = | ___ x $1,000 | d _____ |
| | Add Lines a through d. This is your total Illinois exemption allowance. | 12 | ___4,000.___ |

## Step 5: Net Income

| | | |
|---|---|---|
| 13 | **Residents only:** Subtract Line 12 from Line 11. This is your net income. Skip Line 14. | 13 ___26,682.___ |
| 14 | **Nonresidents and part-year residents only:** Check the box that applies to you during 2007 [ ] Nonresident [ ] Part-year resident, and write the Illinois base income from Schedule NR. Attach Schedule NR. | 14 _____ |

## Step 6: Tax

| | | |
|---|---|---|
| 15 | **Residents:** Multiply Line 13 by 3% (.03). Write the result here. This is your tax. **Nonresidents and part-year residents:** Write the tax from Schedule NR. **This amount may not be less than zero.** | 15 ___800.___ |

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty. This form has been approved by the Forms Management Center IL-492-4965

IL-1040 page 1 (R-12/07)                    ID: 3-63965    Rev. 1

*Staple W-2 and 1099 forms here*

*Staple your check here*

Felica King

| 16 Tax amount from Page 1, Step 6, Line 15 | 16 | 800. |

## Step 7: Payments and Credits

| | | | |
|---|---|---|---|
| | 17 Illinois Income Tax withheld. **Attach W-2 and 1099 forms.** | 17 | 801. |
| **Nonresidents may not claim a credit on Lines 19, 20, or 21.** | 18 Estimated payments from Forms IL-505-I and IL-1040-ES, including overpayment applied from Line 31 of your 2006 return. | 18 | |
| | 19 Income tax paid to another state while an Illinois resident. **Attach Schedule CR and other states' returns.** | 19 | |
| **The total of Lines 19, 20b, and 21b may not exceed the tax amount on Line 16.** | 20 Illinois Property Tax credit. **Complete PT Worksheet in instructions.** PT Worksheet Line 3 amount          20a | 20b | |
| | PT Worksheet Line 6 amount | | |
| | 21 K-12 education expense credit. **Complete ED Worksheet in instructions or Schedule ED. Attach receipt or Schedule ED.** ED Wkst or Sch. ED Line 1 amount      21a | 21b | |
| | ED Worksheet or Schedule ED Line 10 amount | | |
| | 22 Earned Income Credit. **Complete EIC Worksheet in instructions.** EIC Worksheet Line 1 amount      22a      410. | 22b | 21. |
| | EIC Worksheet Line 4 amount | | |
| | 23 Income tax credit amount from Sch. 1299-C. **Attach Sch. 1299-C.**   23 | | |
| | 24 Add Lines 17, 18, 19, 20b, 21b, 22b, and 23. This is the total of your payments and credits. | 24 | 822. |

## Step 8: Overpayment or Tax Due

| | | |
|---|---|---|
| 25 If Line 24 is greater than Line 16, subtract Line 16 from Line 24. This is your **overpayment.** | 25 | 22. |
| 26 If Line 16 is greater than Line 24, subtract Line 24 from Line 16. This is your **tax due.** | 26 | |

## Step 9: Penalty

| | | |
|---|---|---|
| 27 Late-payment penalty for underpayment of estimated tax | 27 | |

a Check if you annualized your income on Form IL-2210, Step 6, or if you are 65 or older and permanently living in a nursing home. **Attach Form IL-2210.**

b Check if at least two-thirds of your federal gross income is from farming.

## Step 10: Donations  Any donation will reduce your refund or increase the amount you owe

28 Amount you wish to donate to one or more of the following voluntary contribution funds:

| | | | | | |
|---|---|---|---|---|---|
| Wildlife | a | Breast Cancer | e | Diabetes | i |
| Child Abuse | b | Multiple Sclerosis | f | Autoimmune | j |
| Alzheimer's | c | Military Family | g | Lung Cancer | k |
| Homeless | d | IL Veterans' Home | h | | |

**MAKE "GIVING" EASY**

| Add Lines a through k. This is your donations total. | 28 | |
|---|---|---|
| 29 Add Line 27 and Line 28. This is your total penalty and donations. | 29 | |

## Step 11: Refund or Amount You Owe

| | | |
|---|---|---|
| 30 If you have an overpayment on Line 25 and this amount is greater than Line 29, subtract Line 29 from Line 25. | 30 | 22. |
| 31 **Amount from Line 30 that you want applied to 2008 estimated tax** | 31 | |
| 32 Subtract Line 31 from Line 30. This is your **refund.** | 32 | 22. |

**Direct Deposit** | 33 Complete to direct deposit your refund                      [X] Checking or [ ] Savings

Routing number    271972572

Account number    5876269076

**See instructions for payment options.** | 34 If you have tax due on Line 26, add Lines 26 and 29. Or

If you have an overpayment on Line 25 and this amount is less than Line 29, subtract Line 25 from Line 29. This is the **amount you owe.**

| | 34 | |

## Step 12: Sign and Date

Under penalties of perjury, I state that I have examined this return, and, to the best of my knowledge, it is true, correct, and complete.

| Your signature | Date | Daytime phone number | Your spouse's signature | Date |
|---|---|---|---|---|
| | | | S40012419 | |
| Paid preparer's signature | Date | Preparer's phone no. | Preparer's FEIN, SSN, or PTIN | |

If no payment enclosed, mail to:
**ILLINOIS DEPARTMENT OF REVENUE
SPRINGFIELD IL 62719-0001**

If payment enclosed, mail to:
**ILLINOIS DEPARTMENT OF REVENUE
SPRINGFIELD IL 62726-0001**

DR _____ AP _____   CA  DE  EV  ME  MO  PR  RM  RR  TT  TV  WA  WT  WV  ZZ  ID _____

IL-1040 page 2 (R-12/07)                                        N164052    Rev. I

**Illinois Department of Revenue**
**IL-8453  Illinois 2007 Individual Income Tax Electronic Filing Declaration**

Declaration Control Number (DCN)

(Do not mail Form IL-8453 to the Illinois Department of Revenue unless it is requested for review.)

## Step 1: Provide taxpayer information

Print
or
type

Felica King

First name and middle initial    Spouse's first name (and last name if different)    Last name

Social Security number   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

Mailing address   46 51st Ave

Spouse's Social Security number

City  Bellwood    State IL    ZIP 60104-

Daytime phone number

## Step 2: Complete information from tax return

| | | | |
|---|---|---|---|
| 1 | Net income from Form IL-1040, Line 13, or Schedule NR, Step 5, Line 55 | 1 | 26682 00 |
| 2 | Tax from Form IL-1040, Line 15 | 2 | 800 00 |
| 3 | Illinois Income Tax withheld from Form IL-1040, Line 17 only (write "0" if none) | 3 | 801 00 |
| 4 | Overpayment from Form IL-1040, Line 30 | 4 | 22 00 |
| 5 | Total amount due from Form IL-1040, Line 34 | 5 | 00 |

6  Filing status: [X] Single/head of household  [ ] Married filing jointly  [ ] Married filing separately  [ ] Widowed

## Step 3: Complete direct deposit of refund or electronic funds withdrawal information (Optional)

Note: To initiate a payment or refund transaction, the information in this Step must be included within the electronic transmission.

7  Routing no. (RN):  271972572
8  Account no. (AN):  5876269076
9  Type of account:  [X] Checking  [ ] Savings
10  Date the payment is to be electronically withdrawn:
11  Electronic funds withdrawal amount:  00
12  Name on account:

## Step 4: Taxpayer declaration and signature (Sign only after Step 2 and Step 3 (if applicable) is completed.)

[X]  I consent that my refund may be directly deposited as designated in Step 3 and declare the information on lines 7 through 9 is correct.
If I have filed a joint return, this is an irrevocable appointment of the other spouse as an agent to receive the refund.

[ ]  I authorize the Illinois Department of Revenue (IDOR) and its designated financial agent to initiate an ACH electronic funds withdrawal as
designated in the electronic portion of my 2007 Illinois income tax return. I authorize the financial institutions involved in the processing of an
electronic overpayment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment.

[ ]  I do not want direct deposit of my refund, or an electronic funds withdrawal (direct debit) of my balance due.

Under penalties of perjury, I declare the information on my electronic IL-1040 return and the information I provided to my electronic return originator
(ERO) are identical. To the best of my knowledge, my return is true, correct, and complete. I consent that my return, this declaration, and
accompanying information may be sent to IDOR by my ERO. I authorize IDOR to inform my ERO and/or the transmitter when my return has
been accepted or rejected. If rejected, I authorize IDOR to identify the reason(s) so the return may be corrected and retransmitted if possible.

Sign
here

Your signature    Date    Spouse's signature (if joint return, both must sign)    Date

## Step 5: Electronic return originator (ERO) and paid preparer declaration and signature

I declare that I have examined this taxpayer's electronic IL-1040 return, the information on this Form IL-8453, and accompanying information.
I have followed all requirements of this program and declare, under penalties of perjury, that to the best of my knowledge the taxpayer's return
and accompanying information are true, correct, and complete.

ERO
use
only

ERO's signature  Rock Of Ages    Date 02/02/2008

Check if paid preparer: [ ] (See instructions.)

Firm's name or your name if self-employed   1309 Madison St

Your Social Security number (SSN) or PTIN   S40012419

Mailing address   Maywood    IL    60153-
City    State    ZIP

Federal employer identification number (FEIN)

Phone number

## Step 6: Attach required documents (e.g., Forms W-2, W-2G, 1099-G, 1099-R, IL-1310, out-of-state returns, etc.)

IL-8453 (R-11/07)

ID: 3085  Copyright form software only, 2007 Universal Tax Systems, Inc. All rights reserved.    IL845301    Rev. 1

US 1040       **Main Information Sheet**       **2007**

PRINTED 02/02/2008

|  | Taxpayer | Spouse |
|---|---|---|
| Felica King | | |
| | SSN 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 | |
| | Birth 06/05/1967 | |
| | Death | |
| 46 51st Ave | Day Phone | |
| Bellwood IL 60104- | Evening | |
| | Cell or Fax | |
| | PIN 46512 | |

Email
Taxpayer Occupation    Customer Service
Filing Status    HEAD OF HOUSEHOLD     Spouse Occupation

Calvin    King      12/20/1992   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   SON     12   1

Preparer ID: _____

Preparer: _____     Preparation Fee: _____      Date: _____

           S40012419

Preparer's Use:   1 _____
               2 _____         4 _____
               3 _____         5 _____   Time in
                                        6 _____   return
                                                   27   min.

#### Recap of 2007 Income Tax Return

| | | | |
|---|---|---|---|
| Earned Income | 30,682. | Federal Tax | 768. |
| Federal AGI | 30,682. | Withholding | 1,628. |
| Taxable Income | 16,032. | Refund/(Due) | 1,270. |
| EIC | 410. | Tax Bracket | 15.0 % |
| State | IL | | |
| Tax | 779. | | |
| Withholding | 801. | | |
| Refund/Due | 22. | | |
| State | | | |
| Tax | | | |
| Withholding | | | |
| Refund/Due | | | |

| | Instant RAL | Maximum RAL | Partial RAL | 2 week check | 2 week deposit |
|---|---|---|---|---|---|
| Qualifying refund | | | | | |
| Fees | | | | | |
| Net refund | | | | | |
| Instant check | | | | | |
| Fast check | | | | | |
| 2 week check | | | | | |
| State check | | | | | |
| Check one | | | | | |

Copyright form software only, 2007 Universal Tax Systems, Inc. All rights reserved.

**US** **Child Tax Credit, Federal Extension Payment, and Carryovers Worksheet** 2007

Name: **Felica King** SSN: **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**

**Child Tax Credit (CTC)**

| | | |
|---|---|---|
| 1 | $1,000 X | 1 qualifying children | 1,000. |
| 2 | Modified AGI is AGI plus excluded income from Forms 2555 (EZ) and 4563, and excluded income from Puerto Rico | | |
| 3 | Modified AGI limitation $110,000 married filing jointly; $55,000 married filing separately; all others $75,000 | 30,682. | |
| 4 | Subtract line 3 from line 2. If -0-, go to line 7 | 75,000. | |
| 5 | Round up to next $1,000 | | |
| 6 | Multiply line 5 by 5% | | |
| 7 | Maximum child tax credit. Subtract line 6 from line 1. You cannot take the credit if this amount is -0- | | 1,000. |
| 8 | Amount from Form 1040, line 46, Form 1040A, line 28, or Form 1040NR, line 43 | 1,844. | |
| 9 | Credits for foreign tax, dependent care, elderly, education, retirement savings, adoption, mortgage interest, DC first-time homebuyers and residential energy | 76. | |

**CTC Worksheet for Forms 8396, Mortgage Interest Credit, Form 8839, Adoption Credit, Form 8859, DC First-time Homebuyers Credit, and Form 5695, Residential Energy Credits**

| | | |
|---|---|---|
| 1 | Foreign tax credit + dependent care credit + elderly credit + education credit + retirement savings credit + residential energy credits | |
| 2 | Amount from line 7 above | |
| 3 | Social security or RR tier 1 + Medicare | |
| 4 | Form 1040, line 27 + line 59; or Form 1040NR, line 54 + uncollected social security and Medicare taxes listed on W2 | |
| 5 | Add lines 3 and 4 | |
| 6 | Earned income credit and excess FICA/RRTA | |
| 7 | Subtract line 6 from line 5 | |
| 8 | Maximum child tax credit, line 7 above, minus the larger of line 2 of this worksheet or Form 8812, line 6. This is the child tax credit for the purpose of figuring Forms 5695, 8396, 8839 and 8859. Use this amount in place of the child tax credit amount asked for on these forms | |
| 9 | Total of adoption credit, mortgage interest credit, DC first-time homebuyer credit, and residential energy credits as refigured | |
| 10 | Add lines 1 and 9 | |

| | | |
|---|---|---|
| 10 | Subtract line 9 from line 8 | |
| 11 | Child tax credit | |

**Amount paid with Federal extension (Form 4868 or 2350)** 1,768.

1,000.

**Carryovers from 2007 to 2008**

| | | |
|---|---|---|
| 1 | Section 179 expense disallowed, Form 4562, accumulative total | |
| 2 | Net operating loss from 2007 only, Form 1045 | |
| | Amt. carried forward from 2006. Listed on Form 1040, line 21, or Form 1040NR, line 21 | |
| 3 | 2007 charitable contributions. Organization limit: | |

| | Cash or other property | | Capital Gain | |
|---|---|---|---|---|
| | 50% | 30% | 30% | 20% |
| 4 Investment interest expense, Form 4952, accumulative total | | | | |

| | | |
|---|---|---|
| 5 | Foreign tax credit from 2007 only, Form 1116. Enter amount carried back, if any | |
| 6 | Adoption credit, Form 8839 | |

| 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|
| 7 Mortgage interest credit, Form 8396 | | | | |

| | 2005 | 2006 | 2007 |
|---|---|---|---|

| | | |
|---|---|---|
| 8 | General business credits for 2007 only, Form 3800 | |
| 9 | Form 6844, for 2007 only. Enter amount carried back | |
| 10 | DC first-time homebuyer credit, Form 8859, cumulative total | |
| 11 | Prior year minimum tax credit, Form 8801, cumulative total | |
| 12 | AMT limited qualified electric vehicle credit from 2007 only | |
| 13 | Nonrecaptured net section 1231 losses | |

| 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|

Copyright form software only, 2007 Universal Tax Systems, Inc. All rights reserved.



W-2 DETAIL REPORT - 2007

| Employer | EIN | TP/SP | Gross Wages | Federal With. | FICA | Medicare | St | State Wages | State With. | Locality | Local With. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unisource Worldwide Inc | 13-5369500 | X | 30682 | 1628 | 1950 | 456 | IL | 30682 | 801 | | |
| | | | 30682 | 1628 | 1950 | 456 | | 30682 | 801 | | |

350-72-6

UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days before the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

#### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

#### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| Printed Name and title, if any, of Bankruptcy Petition Preparer<br>Address: | Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)<br>(Required by 11 U.S.C. § 110.) |

**X**
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | | |
|---|---|---|
| King, Felicia | **X** /s/ Felicia King | 2/18/2009 |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) | **X** | |
| | Signature of Joint Debtor (if any) | Date |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only